Matthew S. Warren (Bar No. 230565)
Jennifer A. Kash (Bar No. 203679)
Maissa Chouraki (Bar No. 307711)
WARREN LEX LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
20-127@cases.warrenlex.com

*Attorneys for HMD Global Oy*

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| HMD GLOBAL OY,<br><br>   Movant,<br><br>v.<br><br>ACACIA RESEARCH CORPORATION<br><br>   Respondent. | Case No. 8:20-mc-127<br><br>**NOTICE OF MOTION AND MOTION TO COMPEL PRODUCTION PRODUCTION OF DOCUMENTS FROM ACACIA RESEARCH CORPORATION**<br><br>Judge: [TBD]<br>Date: [TBD]<br>Time: [TBD]<br>Place: [TBD]<br>Discovery Cutoff:  March 18, 2021<br>Pretrial Conference:  June 29, 2021<br>Trial Date:  August 2, 2021 |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that at a date, time, and courtroom to be determined by the Court, HMD Global Oy ("HMD Global"), defendant in *Cellular Communications Equipment LLC v. HMD Global Oy*, Case No. 20-78 (E.D. Texas), will and hereby does move this Court to compel Acacia Research Corporation to comply with HMD Global's subpoena in that action of September 25, 2020.

This Motion is based on this Notice of Motion and Motion, the concurrently filed memorandum of law, the Declaration of Maissa Chouraki, and accompanying exhibits, as well as the pleadings and papers on file in this matter and in *Cellular Communications Equipment LLC v. HMD Global Oy*, Case No. 20-78 (E.D. Texas), any matters of which the Court may take judicial notice, and evidence or argument that HMD Global may present at or before the hearing on this matter.

As HMD Global explains in more detail in its brief, despite repeated efforts to resolve their differences through meeting and conferring in good faith, HMD Global and Acacia Research Corporation were unable to resolve the differences between them, requiring this motion.

Date:  December 21, 2020

Respectfully submitted,

*/s/ Matthew S. Warren*
Matthew S. Warren (Bar No. 230565)
Jennifer A. Kash (Bar No. 203679)
Maissa Chouraki (Bar No. 307711)
WARREN LEX LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
20-127@cases.warrenlex.com