Matthew S. Warren (Bar No. 230565)
Jennifer A. Kash (Bar No. 203679)
Maissa Chouraki (Bar No. 307711)
WARREN LEX LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
20-127@cases.warrenlex.com

*Attorneys for HMD Global Oy*

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| HMD GLOBAL OY,<br><br>    Movant,<br><br>v.<br><br>ACACIA RESEARCH CORPORATION,<br><br>    Respondent. | Case No. 8:20-mc-127<br><br>**MEMORANDUM OF LAW IN SUPPORT OF MOTION BY HMD GLOBAL OY TO COMPEL PRODUCTION OF DOCUMENTS FROM ACACIA RESEARCH CORPORATION**<br><br>Judge: [TBD]<br>Date: [TBD]<br>Time: [TBD]<br>Place: [TBD]<br>Discovery Cutoff: March 18, 2021<br>Pretrial Conference: June 29, 2021<br>Trial Date: August 2, 2021 |

[HMD Global does not at this time file a public redacted version of this document, but will do so promptly after ARC files its sealing declaration under Local Rule 79-5.2.2(b)(i), which must include "a copy of the relevant material with proposed redactions highlighted." *Id*. Once ARC does so, HMD Global will file a public version under this Court's Local Rule 79-5.2.2(a)(iii), using ARC's proposed redactions under Local Rule 79-5.2.2(b)(i). *See* Chouraki Declaration in Support of Application for Leave to File Under Seal ¶ 3.]