Matthew S. Warren (Bar No. 230565)
Jennifer A. Kash (Bar No. 203679)
Maissa Chouraki (Bar No. 307711)
WARREN LEX LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
20-127@cases.warrenlex.com

*Attorneys for HMD Global Oy*

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| HMD GLOBAL OY,<br><br>   Movant,<br><br>v.<br><br>ACACIA RESEARCH CORPORATION<br><br>   Respondent. | Case No. 8:20-mc-127<br><br>**DECLARATION OF MAISSA CHOURAKI IN SUPPORT OF MOTION BY HMD GLOBAL TO COMPEL PRODUCTION OF DOCUMENTS FROM ACACIA RESEARCH CORPORATION**<br><br>Judge: [TBD]<br>Date: [TBD]<br>Time: [TBD]<br>Place: [TBD]<br>Discovery Cutoff: March 18, 2021<br>Pretrial-Conference Date: June 29, 2021<br>Discovery Cutoff: March 18, 2021<br>Trial Date: August 2, 2021 |

I, Maissa Chouraki, hereby declare under 28 U.S.C. § 1746:

1. I am an attorney licensed to practice in the State of California and this Court, and an associate at the law firm of Warren Lex LLP, counsel for movant HMD Global Oy. I have personal knowledge of the matters set forth in this declaration and, if called as a witness, I could and would testify competently to each of them.

2. Attached hereto as Exhibit A is a true and correct copy of a document produced by Cellular Communications Equipment LLC ("CCE"), bearing production numbers CCE_HMD_001012 through CCE_HMD_001027.

3. Attached hereto as Exhibit B is a true and correct copy of the Motion to Dismiss by Defendant HMD Global Oy For Lack of Standing and Failure to State a Claim, filed on September 21, 2020.

4. Attached hereto as Exhibit C is a true and correct copy of Plaintiff CCE's Response in Opposition to Defendant's Motion to Dismiss, filed on October 5, 2020.

5. Attached hereto as Exhibit D is a true and correct copy of the Reply in Support of Motion to Dismiss by Defendant HMD Global Oy For Lack of Standing and Failure to State a Claim, filed on October 13, 2020.

6. Attached hereto as Exhibit E is a true and correct copy of Plaintiff's Sur-Reply in Opposition to Defendant's Motion to Dismiss, filed on October 21, 2020.

7. Attached hereto as Exhibit F is a true and correct copy of the Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of the Premises in a Civil Action, served on September 25, 2020.

8. Attached hereto as Exhibit G is a true copy of ARC's Objections and Responses to HMD Global's Subpoena, served on October 9, 2020.

9. Attached hereto as Exhibit H is a true and correct copy of HMD Global's letter of October 16, 2020.

10. Attached hereto as Exhibit I is a true and correct copy of HMD Global's letter of October 26, 2020.

11. Attached hereto as Exhibit J is a true and correct copy of ARC's letter of October 27, 2020.

12. Attached hereto as Exhibit K is a true and correct copy of HMD Global's letter of October 28, 2020.

13. Attached hereto as Exhibit L is a true and correct copy of HMD Global's letter under Local Rule 37-1 of November 3, 2020.

14. Attached hereto as Exhibit M is a true and correct copy of HMD Global's email of November 5, 2020.

15. Attached hereto as Exhibit N is a true and correct copy of CCE's email of November 6, 2020.

16. Attached hereto as Exhibit O is a true and correct copy of HMD Global's letter of November 9, 2020.

17. Attached hereto as Exhibit P is a true and correct copy of ARC's email of November 12, 2020.

18. Attached hereto as Exhibit Q is a true and correct copy of HMD Global's letter of November 12, 2020.

19. Attached hereto as Exhibit R is a true and correct copy of ARC's letter of November 12, 2020.

20. On November 13, 2020 attorneys for HMD Global, Jennifer Kash and Maissa Chouraki, met and conferred with counsel for ARC regarding ARC's response to HMD Global's subpoena.

21. Attached hereto as Exhibit S is a true and correct copy of HMD Global's letter of November 16, 2020, attaching its portion of the joint stipulation required by Central District of California Local Rules 37-2.1 to 37-2.2.

22. Attached hereto as Exhibit T is a true and correct copy of CCE's first letter of November 20, 2020.

23. Attached hereto as Exhibit U is a true and correct copy of CCE's second letter of November 20, 2020.

24. Attached hereto as Exhibit V is a true and correct copy of an order of December 16, 2020, in *Cellular Communications Equip. LLC v. HMD Global Oy*, Case No. 20-78 (E.D. Texas), Docket No. 78.

25. Attached hereto as Exhibit W is a true and correct copy of the Motion to Enforce the Protective Orders, filed on November 25, 2020.

26. Attached hereto as Exhibit X is a true and correct copy of the Opposition of HMD Global to CCE's Motion to Enforce the Protective Order, filed on December 2, 2020.

27. Attached hereto as Exhibit Y is a true and correct copy of CCE's Reply to Defendant's Opposition to CCE's Motion to Enforce the Protective Order, filed on December 4, 2020.

28. Attached hereto as Exhibit Z is a true and correct copy of the Sur-Reply in Support of Opposition of HMD Global to CCE's Motion to Enforce the Protective Order, filed on December 7, 2020.

29. Attached hereto as Exhibit AA is a true and correct copy of the scheduling order in *Cellular Communications Equipment LLC v. HMD Global Oy*, Case No. 20-78 (E.D. Texas), Docket No. 25.

29. Attached hereto as Exhibit BB is a true and correct copy of ARC's 10-K filing of December 2019.

30. Attached hereto as Exhibit CC is a true and correct copy of a document downloaded from insight.rpxcorp.com showing litigation filed in 2020 involving ARC and its subsidiaries.

31. Attached hereto as Exhibit DD is a true and correct copy of a document downloaded from insight.rpxcorp.com showing litigation filed in 2016 involving ARC and its subsidiaries.

32. Attached hereto as Exhibit EE is a true and correct copy of https://insight.rpxcorp.com/advanced_search/search_litigations?grouped=true&searchq=%22Acacia+Research+ Corporation%22, showing litigation since 2000 involving ARC and its subsidiaries.

33. Attached hereto as Exhibit FF is a true and correct copy of a document produced by CCE bearing production numbers CCE_HMD_001501 through CCE_HMD_001525.

34. Attached hereto as Exhibit GG is a true and correct copy of a document produced by CCE bearing production numbers CCE_HMD_001600 through CCE_HMD_001618.

35. Attached as Exhibit HH is a true and correct copy of a document produced by CCE bearing production numbers CCE_HMD_001619 through CCE_HMD_001620.

36. Attached as Exhibit II is a true and correct copy of a document produced by CCE bearing production numbers CCE_HMD_001621 through CCE_HMD_001630.

37. Attached as Exhibit JJ is a true and correct copy of a document produced by CCE bearing production numbers CCE_HMD_001631 through CCE_HMD_001643.

38. Attached as Exhibit KK is a true and correct copy of a document produced by CCE bearing production numbers CCE_HMD_001669 through CCE_HMD_001670.

I declare under penalty of perjury that the foregoing is true and correct. Executed on December, 21 in San Francisco, California.

_____
Maissa Chouraki