# Exhibit U

November 20, 2020

**VIA EMAIL**

Jennifer A. Kash
Warren Lex LLP
2261 Market Street, No. 606
San Francisco, California, 94114
jen@warrenlex.com

      Re:    *HMD Global Oy v. Acacia Research Corporation*, No. 20-mc-___ (C.D. California)

Dear Jen:

    I am in receipt of your letter today, served at 5:53 p.m., discussing ARC's request to meet and confer. Prior to service of your letter, I informed you on behalf of CCE that it would be a protective order violation for HMD to file its proposed stipulation with a Central District of California court. Based on this violation, ARC believes it is improper to file the joint stipulation that would result in such violation, until the issue is resolved by the court in the underlying action.

    As such, I request on behalf of ARC that immediately HMD confirm it will not seek to file a joint stipulation in violation of the protective order in the underlying litigation. Alternatively, HMD must defer any filing until the protective order issue is resolved by the Eastern District of Texas court.

    On behalf of CCE, I note that your 5:53 p.m. letter ignored CCE's request that HMD confirm it will abide by Court's protective orders and not engage in an improper filing. I again request immediate confirmation to avoid the need for CCE to file an emergency motion to prevent HMD's intended violation of the protective orders.

                                                    Very truly yours,

                                                    Jeffrey R. Bragalone