# Exhibit CC

| Campaign Name | Case Name | Case Number | Court | Case Filed Date | Case Termination Date |
|---|---|---|---|---|---|
| ID Image Sensing LLC (7,333,145) | ID Image Sensing LLC v. Omnivision Technologies, Inc. | 1:20-cv-00136 | District of Delaware | 01/29/2020 | |
| Targeted Radio LLC (8,644,756) | Unified Patents LLC v. Targeted Radio LLC IPR of '684 | IPR2020-00681 | Patent Trial and Appeal Bo | 03/17/2020 | |
| Unification Technologies LLC (8,533,406) | Unification Technologies LLC v. HP Inc. | 6:20-cv-00501 | Western District of Texas | 06/05/2020 | |
| Unification Technologies LLC (8,533,406) | Unification Technologies LLC v. Dell Technologies, Inc. et al | 6:20-cv-00499 | Western District of Texas | 06/05/2020 | |
| Unification Technologies LLC (8,533,406) | Unification Technologies LLC v. Micron Technology, Inc. et al | 6:20-cv-00500 | Western District of Texas | 06/05/2020 | |
| Super Interconnect Technologies LLC (6,463,0 | Super Interconnect v. HP Inc. | | | 01/08/2020 | 03/26/2020 |
| Monarch Networking Solutions LLC (8,130,775 | Cisco Systems, Inc. v. Monarch Networking Solutions LLC IPR of '844 | IPR2020-01678 | Patent Trial and Appeal Bo | 10/01/2020 | |
| Monarch Networking Solutions LLC (8,130,775 | Monarch Networking Solutions LLC v. Cisco Systems, Inc. et al | 2:20-cv-00015 | Eastern District of Texas | 01/21/2020 | |
| Monarch Networking Solutions LLC (8,130,775 | Cisco Systems, Inc. v. Monarch Networking Solutions LLC IPR of '965 | IPR2020-01227 | Patent Trial and Appeal Bo | 07/06/2020 | |
| Monarch Networking Solutions LLC (8,130,775 | Cisco Systems, Inc. v. Monarch Networking Solutions LLC IPR of '845 | IPR2020-01679 | Patent Trial and Appeal Bo | 10/01/2020 | |
| Semiconductor Connections LLC (6,548,391) | Semiconductor Connections LLC v. Taiwan Semiconductor Manufacturing Co | 6:20-cv-00109 | Western District of Texas | 02/11/2020 | |
| Yahoo! Inc. (5,983,227) | Spotify USA Incorporated v. Excalibur IP, LLC IPR of '331 | IPR2020-00461 | Patent Trial and Appeal Bo | 01/25/2020 | 04/21/2020 |
| Data Engine Technologies LLC (5,303,146) | Data Engine Technologies LLC v. Google LLC | 21-1050 | | 10/14/2020 | |
| Cellular Communications Equipment LLC (6,37 | TCT Mobile (US) Inc. et al v. Cellular Communications Equipment LLC | 8:20-cv-00702 | Central District of Californi | 04/09/2020 | 07/31/2020 |
| Cellular Communications Equipment LLC (6,37 | Cellular Communications Equipment LLC v. One Plus Technology Co. LTD | 2:20-cv-00079 | Eastern District of Texas | 03/17/2020 | 12/14/2020 |
| Cellular Communications Equipment LLC (6,37 | Cellular Communications Equipment LLC v. TCL Corporation et al | 2:20-cv-00080 | Eastern District of Texas | 03/17/2020 | 11/09/2020 |
| Cellular Communications Equipment LLC (6,37 | Cellular Communications Equipment LLC v. HMD Global OY | 2:20-cv-00078 | Eastern District of Texas | 03/17/2020 | |
| Sherwood Sensing Solutions LLC (10,285,539) | Frymaster LLC et al v. Sherwood Sensing Solutions LLC IPR of '539 | IPR2020-00752 | Patent Trial and Appeal Bo | 03/23/2020 | |
| Monarch Networking Solutions LLC (7,756,507 | Monarch Networking Solutions LLC v. Cisco Systems, Inc. et al | 6:20-cv-00381 | Western District of Texas | 05/13/2020 | |
| Monarch Networking Solutions LLC (7,756,507 | Unified Patents LLC v. Monarch Networking Solutions LLC IPR of '507 | IPR2020-01708 | Patent Trial and Appeal Bo | 10/01/2020 | |
| Yahoo! Inc. (5,983,227) | Spotify USA Incorporated v. Excalibur IP, LLC IPR of '509 | IPR2020-00462 | Patent Trial and Appeal Bo | 01/26/2020 | 04/21/2020 |
| Yahoo! Inc. (5,983,227) | Spotify USA Incorporated v. Excalibur IP, LLC IPR of '840 | IPR2020-00421 | Patent Trial and Appeal Bo | 01/24/2020 | 04/21/2020 |
| Monarch Networking Solutions LLC (8,130,775 | Cisco Systems, Inc. v. Monarch Networking Solutions LLC IPR of '775 | IPR2020-01226 | Patent Trial and Appeal Bo | 07/06/2020 | |
| Yahoo! Inc. (5,983,227) | Spotify USA Incorporated v. Excalibur IP, LLC IPR of '148 | IPR2020-00422 | Patent Trial and Appeal Bo | 01/27/2020 | 04/21/2020 |