# Exhibit DD

| Campaign Name | Case Name | Case Number | Court | Case Filed Date | Case Termination Date |
|---|---|---|---|---|---|
| Global Tel-Link Corporation (7,551,732) | Securus Technologies Incorporated v. Global Tel-Link Corporation et al IPR of '6 | IPR2016-00996 | Patent Trial and Appeal Bo | 05/04/2016 | 10/30/2017 |
| Adaptix, Inc. (6,870,808) | Adaptix, Inc. v. Alcatel-Lucent USA, Inc. | 16-1988 | | 05/04/2016 | 07/25/2016 |
| Adaptix, Inc. (6,870,808) | Adaptix, Inc. v. Alcatel-Lucent USA, Inc. | 16-1987 | | 05/04/2016 | 07/25/2016 |
| Adaptix, Inc. (6,870,808) | Adaptix, Inc. v. Alcatel-Lucent USA, Inc. | 16-1898 | | 04/21/2016 | 07/25/2016 |
| Rapid Completions LLC (6,907,936) | Rapid Completions LLC v. Baker Hughes Incorporated et al | 6:16-cv-00286 | Eastern District of Texas | 04/05/2016 | 11/20/2018 |
| Rapid Completions LLC (6,907,936) | Baker Hughes Incorporated et al v. Rapid Completions LLC et al IPR of '501 | IPR2016-01380 | Patent Trial and Appeal Bo | 09/02/2016 | 06/21/2019 |
| Rapid Completions LLC (6,907,936) | Baker Hughes Incorporated et al v. Rapid Completions LLC et al IPR of '501 | IPR2017-00247 | Patent Trial and Appeal Bo | 11/11/2016 | |
| Cellular Communications Equipment LLC (6,377,804 | LG Electronics, Inc. v. Cellular Communications Equipment LLC IPR of '556 | IPR2016-00711 | Patent Trial and Appeal Bo | 03/03/2016 | 05/17/2016 |
| Performance Pricing, Inc. (7,089,195) | Google LLC et al v. Performance Pricing, Inc. CBM of '059 | CBM2016-00050 | Patent Trial and Appeal Bo | 03/25/2016 | 09/13/2017 |
| Diamond Grading Technologies LLC (RE44,963) | Gemological Institute of America Incorporated v. Diamond Technologies, Inc. et | IPR2016-00456 | Patent Trial and Appeal Bo | 01/11/2016 | |
| Diamond Grading Technologies LLC (RE44,963) | Gemological Institute of America Incorporated v. Diamond Technologies, Inc. et | IPR2016-00455 | Patent Trial and Appeal Bo | 01/11/2016 | |
| Performance Pricing, Inc. (7,089,195) | Google LLC et al v. Performance Pricing, Inc. CBM of '195 | CBM2016-00049 | Patent Trial and Appeal Bo | 03/25/2016 | 09/13/2017 |
| In-Depth Test LLC (6,792,373) | Semiconductor Components Industries LLC v. In-Depth Test LLC IPR of '373 | IPR2016-01833 | Patent Trial and Appeal Bo | 09/16/2016 | |
| Innovative Display Technologies LLC (6,079,838) | Innovative Display Technologies LLC v. LG Display Co., Ltd. et al | 2:16-cv-00932 | Eastern District of Texas | 08/24/2016 | 04/13/2017 |
| Innovative Display Technologies LLC (6,079,838) | VIZIO, Inc. v. Innovative Display Technologies LLC IPR of '974 | IPR2016-00910 | Patent Trial and Appeal Bo | 04/18/2016 | |
| Adaptix, Inc. (6,870,808) | Adaptix, Inc. v. HTC Corporation | 16-1874 | | 04/18/2016 | 07/20/2016 |
| Adaptix, Inc. (6,870,808) | Adaptix, Inc. v. HTC Corporation | 16-1869 | | 04/18/2016 | 07/20/2016 |
| Adaptix, Inc. (6,870,808) | Adaptix, Inc. v. AT&T Mobility, LLC | 16-1876 | | 04/18/2016 | 07/20/2016 |
| Adaptix, Inc. (6,870,808) | Adaptix, Inc. v. HTC Corporation | 16-1871 | | 04/18/2016 | 07/20/2016 |
| Adaptix, Inc. (6,870,808) | Adaptix, Inc. v. HTC Corporation | 16-1873 | | 04/18/2016 | 07/20/2016 |
| Adaptix, Inc. (6,870,808) | Adaptix, Inc. v. HTC Corporation | 16-1868 | | 04/18/2016 | 07/20/2016 |
| Adaptix, Inc. (6,870,808) | Adaptix, Inc. v. Cellco Partnership | 16-1878 | | 04/18/2016 | 07/14/2016 |
| Adaptix, Inc. (6,870,808) | Adaptix, Inc. v. Apple Inc. | 16-1872 | | 04/18/2016 | 07/20/2016 |
| Adaptix, Inc. (6,870,808) | Adaptix, Inc. v. AT&T Mobility LLC | 16-1867 | | 04/18/2016 | 07/20/2016 |
| Adaptix, Inc. (6,870,808) | Adaptix, Inc. v. Apple Inc. | 16-1870 | | 04/18/2016 | 07/20/2016 |
| Innovative Display Technologies LLC (6,079,838) | VIZIO, Inc. v. Innovative Display Technologies LLC IPR of '370 | IPR2016-00914 | Patent Trial and Appeal Bo | 04/18/2016 | |
| Cellular Communications Equipment LLC (6,377,804 | Cellular Communications Equipment LLC v. LG Electronics, Inc. et al | 6:16-cv-00365 | Eastern District of Texas | 04/20/2016 | 08/09/2016 |
| Saint Lawrence Communications LLC (6,795,805) | Saint Lawrence Communications LLC v. Apple Inc. et al | 2:16-cv-00082 | Eastern District of Texas | 01/27/2016 | 03/01/2018 |
| Progressive Semiconductor Solutions LLC (6,473,3 | Broadcom Corporation v. Progressive Semiconductor Solutions LLC IPR of '208 | IPR2017-00090 | Patent Trial and Appeal Bo | 10/14/2016 | 01/30/2017 |
| Saint Lawrence Communications LLC (6,795,805) | ZTE USA, Inc. et al v. Saint Lawrence Communications LLC IPR of '521 | IPR2016-00705 | Patent Trial and Appeal Bo | 03/10/2016 | |
| Saint Lawrence Communications LLC (6,795,805) | ZTE USA, Inc. et al v. Saint Lawrence Communications LLC IPR of '802 | IPR2016-00704 | Patent Trial and Appeal Bo | 03/10/2016 | 07/03/2017 |
| Parthenon Unified Memory Architecture LLC (5,812 | Apple Inc. v. Parthenon Unified Memory Architecture LLC IPR of '753 | IPR2016-01114 | Patent Trial and Appeal Bo | 05/31/2016 | 09/19/2017 |
| Parthenon Unified Memory Architecture LLC (5,812 | ZTE USA, Inc. et al v. Parthenon Unified Memory Architecture LLC IPR of '753 | IPR2016-00670 | Patent Trial and Appeal Bo | 02/26/2016 | 08/25/2016 |
| Parthenon Unified Memory Architecture LLC (5,812 | Parthenon Unified Memory Architecture LLC v. Apple Inc | 2:16-cv-01098 | Eastern District of Texas | 10/05/2016 | 09/08/2017 |
| Cellular Communications Equipment LLC (6,377,804 | Cellular Communications Equipment LLC v. ZTE Corporation et al | 6:16-cv-00476 | Eastern District of Texas | 05/31/2016 | 09/10/2018 |
| Cellular Communications Equipment LLC (6,377,804 | Cellular Communications Equipment LLC v. HTC Corporation et al | 6:16-cv-00475 | Eastern District of Texas | 05/31/2016 | 09/18/2018 |
| Cellular Communications Equipment LLC (6,377,804 | Cellular Communications Equipment LLC v. Samsung Electronics Co., Ltd. et al | 6:16-cv-00364 | Eastern District of Texas | 04/20/2016 | 05/24/2016 |
| Cellular Communications Equipment LLC (6,377,804 | HTC Corporation et al v. Cellular Communications Equipment LLC IPR of '676 | IPR2016-01501 | Patent Trial and Appeal Bo | 07/27/2016 | 02/12/2018 |
| Cellular Communications Equipment LLC (6,377,804 | Apple Inc. et al v. Cellular Communications Equipment LLC IPR of '676 | IPR2016-01493 | Patent Trial and Appeal Bo | 07/26/2016 | 11/02/2017 |
| Parthenon Unified Memory Architecture LLC (5,812 | Apple Inc. et al v. Parthenon Unified Memory Architecture LLC IPR of '789 | IPR2016-01135 | Patent Trial and Appeal Bo | 06/02/2016 | 10/06/2017 |
| Parthenon Unified Memory Architecture LLC (5,812 | Apple Inc. et al v. Parthenon Unified Memory Architecture LLC IPR of '464 | IPR2016-01121 | Patent Trial and Appeal Bo | 06/01/2016 | 09/22/2017 |
| Parthenon Unified Memory Architecture LLC (5,812 | Apple Inc. v. Parthenon Unified Memory Architecture LLC IPR of '464 | IPR2016-00924 | Patent Trial and Appeal Bo | 04/20/2016 | 08/04/2017 |
| Parthenon Unified Memory Architecture LLC (5,812 | Apple Inc. et al v. Parthenon Unified Memory Architecture LLC IPR of '789 | IPR2016-00923 | Patent Trial and Appeal Bo | 04/20/2016 | 08/04/2017 |
| Parthenon Unified Memory Architecture LLC (5,812 | HTC Corporation et al v. Parthenon Unified Memory Architecture LLC IPR of '78 | IPR2016-00847 | Patent Trial and Appeal Bo | 04/07/2016 | 08/17/2016 |
| Parthenon Unified Memory Architecture LLC (5,812 | HTC Corporation et al v. Parthenon Unified Memory Architecture LLC IPR of '46 | IPR2016-00848 | Patent Trial and Appeal Bo | 04/07/2016 | 08/17/2016 |
| Parthenon Unified Memory Architecture LLC (5,812 | ZTE USA, Inc. et al v. Parthenon Unified Memory Architecture LLC IPR of '464 | IPR2016-00665 | Patent Trial and Appeal Bo | 02/26/2016 | 08/24/2016 |
| Parthenon Unified Memory Architecture LLC (5,812 | ZTE USA, Inc. et al v. Parthenon Unified Memory Architecture LLC IPR of '789 | IPR2016-00664 | Patent Trial and Appeal Bo | 02/26/2016 | 08/23/2016 |
| Cellular Communications Equipment LLC (6,377,804 | Cellular Communications Equipment LLC v. ZTE Corporation et al | 6:16-cv-00375 | Eastern District of Texas | 04/25/2016 | 09/18/2018 |
| Cellular Communications Equipment LLC (6,377,804 | Cellular Communications Equipment LLC v. HTC Corporation et al | 6:16-cv-00363 | Eastern District of Texas | 04/20/2016 | 09/18/2018 |
| Parthenon Unified Memory Architecture LLC (5,812 | Apple Inc. v. Parthenon Unified Memory Architecture LLC IPR of '368 | IPR2016-01118 | Patent Trial and Appeal Bo | 06/01/2016 | 03/17/2017 |
| Parthenon Unified Memory Architecture LLC (5,812 | ZTE USA, Inc. et al v. Parthenon Unified Memory Architecture LLC IPR of '368 | IPR2016-00666 | Patent Trial and Appeal Bo | 02/26/2016 | 08/23/2016 |
| Parthenon Unified Memory Architecture LLC (5,812 | Apple Inc. v. Parthenon Unified Memory Architecture LLC IPR of '045 | IPR2016-01134 | Patent Trial and Appeal Bo | 06/02/2016 | 03/17/2017 |
| Adaptix, Inc. (6,870,808) | NEC Corporation v. Adaptix, Inc. IPR of '445 | IPR2016-01097 | Patent Trial and Appeal Bo | 05/25/2016 | 08/12/2016 |
| Adaptix, Inc. (6,870,808) | Alcatel-Lucent USA, Inc. v. Adaptix, Inc. IPR of '445 | IPR2016-01030 | Patent Trial and Appeal Bo | 05/11/2016 | 08/05/2016 |

| Patent Owner (Patent) | Case | Case No. | Forum | Filed | Terminated |
|---|---|---|---|---|---|
| Adaptix, Inc. (6,870,808) | AT&T Mobility LLC v. Adaptix, Inc. IPR of '445 | IPR2016-00997 | Patent Trial and Appeal Bo | 05/04/2016 | 08/05/2016 |
| Parthenon Unified Memory Architecture LLC (5,812 | ZTE USA, Inc. et al v. Parthenon Unified Memory Architecture LLC IPR of '045 | IPR2016-00667 | Patent Trial and Appeal Bo | 02/26/2016 | 08/25/2016 |
| Adaptix, Inc. (6,870,808) | Telefonaktiebolaget LM Ericsson v. Adaptix, Inc. IPR of '445 | IPR2016-00619 | Patent Trial and Appeal Bo | 02/12/2016 | 05/04/2016 |
| Limestone Memory Systems LLC (5,805,504) | Apple Inc. et al v. Limestone Memory Systems LLC IPR of '181 | IPR2016-01561 | Patent Trial and Appeal Bo | 08/12/2016 | 10/20/2017 |
| Cellular Communications Equipment LLC (6,377,804 | HTC Corporation et al v. Cellular Communications Equipment LLC IPR of '472 | IPR2016-01504 | Patent Trial and Appeal Bo | 07/27/2016 | |
| Cellular Communications Equipment LLC (6,377,804 | Telefonaktiebolaget LM Ericsson v. Cellular Communications Equipment LLC IPF | IPR2016-01485 | Patent Trial and Appeal Bo | 07/26/2016 | 01/06/2017 |
| Cellular Communications Equipment LLC (6,377,804 | Apple Inc. et al v. Cellular Communications Equipment LLC IPR of '472 | IPR2016-01480 | Patent Trial and Appeal Bo | 07/22/2016 | 09/28/2017 |
| Rapid Completions LLC (6,907,936) | Baker Hughes Incorporated et al v. Rapid Completions LLC et al IPR of '009 | IPR2016-00656 | Patent Trial and Appeal Bo | 02/25/2016 | 08/29/2017 |
| Rapid Completions LLC (6,907,936) | Baker Hughes Incorporated et al v. Rapid Completions LLC et al IPR of '774 | IPR2016-01506 | Patent Trial and Appeal Bo | 07/30/2016 | |
| Rapid Completions LLC (6,907,936) | Weatherford International PLC et al v. Rapid Completions LLC et al IPR of '774 | IPR2016-01509 | Patent Trial and Appeal Bo | 07/29/2016 | 04/03/2018 |
| Rapid Completions LLC (6,907,936) | Baker Hughes Incorporated et al v. Rapid Completions LLC et al IPR of '774 | IPR2016-00598 | Patent Trial and Appeal Bo | 02/19/2016 | 12/17/2019 |
| Rapid Completions LLC (6,907,936) | Baker Hughes Incorporated et al v. Rapid Completions LLC et al IPR of '936 | IPR2016-00650 | Patent Trial and Appeal Bo | 02/23/2016 | 08/31/2017 |
| Rapid Completions LLC (6,907,936) | Baker Hughes Incorporated et al v. Rapid Completions LLC et al IPR of '451 | IPR2016-00657 | Patent Trial and Appeal Bo | 02/25/2016 | 08/29/2017 |
| Rapid Completions LLC (6,907,936) | Baker Hughes Incorporated et al v. Rapid Completions LLC et al IPR of '505 | IPR2016-01496 | Patent Trial and Appeal Bo | 07/30/2016 | |
| Rapid Completions LLC (6,907,936) | Weatherford International PLC et al v. Rapid Completions LLC et al IPR of '505 | IPR2016-01517 | Patent Trial and Appeal Bo | 07/29/2016 | 04/03/2018 |
| Rapid Completions LLC (6,907,936) | Baker Hughes Incorporated et al v. Rapid Completions LLC et al IPR of '505 | IPR2016-00596 | Patent Trial and Appeal Bo | 02/12/2016 | 11/13/2018 |
| Rapid Completions LLC (6,907,936) | Baker Hughes Incorporated et al v. Rapid Completions LLC et al IPR of '634 | IPR2016-01505 | Patent Trial and Appeal Bo | 07/30/2016 | |
| Rapid Completions LLC (6,907,936) | Weatherford International PLC et al v. Rapid Completions LLC et al IPR of '634 | IPR2016-01514 | Patent Trial and Appeal Bo | 07/29/2016 | 04/03/2018 |
| Rapid Completions LLC (6,907,936) | Baker Hughes Incorporated et al v. Rapid Completions LLC et al IPR of '634 | IPR2016-00597 | Patent Trial and Appeal Bo | 02/19/2016 | 11/13/2018 |
| Adaptix, Inc. (6,870,808) | Sprint Spectrum LP et al v. Adaptix, Inc. IPR of '375 | IPR2016-00823 | Patent Trial and Appeal Bo | 03/30/2016 | 11/15/2016 |
| Adaptix, Inc. (6,870,808) | Sprint Spectrum LP et al v. Adaptix, Inc. IPR of '375 | IPR2016-00824 | Patent Trial and Appeal Bo | 03/30/2016 | 11/15/2016 |
| Cellular Communications Equipment LLC (6,377,804 | Telefonaktiebolaget LM Ericsson v. Cellular Communications Equipment LLC IPF | IPR2016-01486 | Patent Trial and Appeal Bo | 07/26/2016 | 01/06/2017 |
| Cellular Communications Equipment LLC (6,377,804 | Apple Inc. v. Cellular Communications Equipment LLC IPR of '022 | IPR2016-01500 | Patent Trial and Appeal Bo | 07/27/2016 | 11/02/2017 |
| Limestone Memory Systems LLC (5,805,504) | Apple Inc. et al v. Limestone Memory Systems LLC IPR of '441 | IPR2016-01567 | Patent Trial and Appeal Bo | 08/12/2016 | |
| Cellular Communications Equipment LLC (6,377,804 | HTC Corporation et al v. Cellular Communications Equipment LLC IPR of '957 | IPR2016-01503 | Patent Trial and Appeal Bo | 07/27/2016 | |
| Cellular Communications Equipment LLC (6,377,804 | Telefonaktiebolaget LM Ericsson v. Cellular Communications Equipment LLC IPF | IPR2016-01484 | Patent Trial and Appeal Bo | 07/26/2016 | 01/06/2017 |
| Data Engine Technologies LLC (5,303,146) | Data Engine Technologies LLC v. Google LLC | 17-1135 | | 11/01/2016 | 10/09/2018 |
| American Vehicular Sciences LLC (5,845,000) | American Vehicular Sciences LLC v. Toyota Motor Corporation et al | 5:16-cv-11531 | Eastern District of Michigar | 04/28/2016 | 10/29/2018 |
| American Vehicular Sciences LLC (5,845,000) | American Vehicular Sciences LLC v. American Honda Motor Co Inc | 5:16-cv-11532 | Eastern District of Michigar | 04/28/2016 | 10/29/2018 |
| American Vehicular Sciences LLC (5,845,000) | American Vehicular Sciences LLC v. Nissan Motor Co Ltd et al | 5:16-cv-11530 | Eastern District of Michigar | 04/28/2016 | 10/29/2018 |
| American Vehicular Sciences LLC (5,845,000) | American Vehicular Sciences LLC v. Hyundai Motor Company et al | 5:16-cv-11529 | Eastern District of Michigar | 04/28/2016 | 10/29/2018 |
| American Vehicular Sciences LLC (5,845,000) | Key Safety Systems, Inc. v. American Vehicular Sciences LLC IPR of '093 | IPR2016-01872 | Patent Trial and Appeal Bo | 09/21/2016 | |
| American Vehicular Sciences LLC (5,845,000) | Toyoda Gosei Company Limited et al v. American Vehicular Sciences LLC IPR c | IPR2016-01790 | Patent Trial and Appeal Bo | 09/15/2016 | 03/23/2018 |
| American Vehicular Sciences LLC (5,845,000) | Takata Corporation et al v. American Vehicular Sciences LLC IPR of '093 | IPR2016-01794 | Patent Trial and Appeal Bo | 09/15/2016 | 03/22/2018 |