# Exhibit EE

