# Exhibit II

(Entire document proposed to be filed under seal)