# Exhibit KK

(Entire document proposed to be filed under seal)