1  Matthew S. Warren (Bar No. 230565)
2  Jennifer A. Kash (Bar No. 203679)
3  Maissa Chouraki (Bar No. 307711)
   WARREN LEX LLP
4  2261 Market Street, No. 606
   San Francisco, California, 94114
5  +1 (415) 895-2940
6  +1 (415) 895-2964 facsimile
7  20-127@cases.warrenlex.com

8  *Attorneys for HMD Global Oy*

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| HMD GLOBAL OY,<br><br>    Movant,<br><br>v.<br><br>ACACIA RESEARCH CORPORATION,<br><br>    Respondent. | Case No. 8:20-mc-127<br><br>**[PROPOSED] ORDER GRANTING MOTION BY HMD GLOBAL OY TO COMPEL PRODUCTION OF DOCUMENTS FROM ACACIA RESEARCH CORPORATION**<br><br>Judge: [TBD]<br>Date: [TBD]<br>Time: [TBD]<br>Place: [TBD]<br>Discovery Cutoff: March 18, 2021<br>Pretrial Conference: June 29, 2021<br>Trial Date: August 2, 2021 |

This Matter comes before this Court on the Motion by HMD Global Oy to Compel Production of Documents From Acacia Research Corporation.  The Court has reviewed the motion and accompanying memoranda and exhibits, as well as other papers filed in this matter, and any further argument, and finds good cause to **GRANT** the Motion.

Acacia Research Corporation must forthwith produce all documents responsive to Requests for Production Nos. 1-26 in HMD Global's Subpoena To Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action.

**IT IS SO ORDERED.**

Dated: _____    _____
UNITED STATES DISTRICT JUDGE

PROPOSED ORDER GRANTING MOTION TO COMPEL