1  Matthew S. Warren (Bar No. 230565)
2  Jennifer A. Kash (Bar No. 203679)
   Maissa Chouraki (Bar No. 307711)
3  WARREN LEX LLP
4  2261 Market Street, No. 606
   San Francisco, California, 94114
5  +1 (415) 895-2940
6  +1 (415) 895-2964 facsimile
7  20-127@cases.warrenlex.com

8  *Attorneys for HMD Global Oy*

9

10              **UNITED STATES DISTRICT COURT**

11       **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

12                   **SOUTHERN DIVISION**

13

14  HMD GLOBAL OY,                    ) Case No. 8:20-mc-127
                                      )
15      Movant                        ) **[PROPOSED] ORDER**
                                      ) **GRANTING APPLICATION FOR**
16  v.                                ) **LEAVE TO FILE UNDER SEAL**
                                      ) **BY HMD GLOBAL OY**
17  ACACIA RESEARCH CORPORATION       ) **REGARDING MOTION BY HMD**
                                      ) **GLOBAL OY TO COMPEL**
18      Respondent.                   ) **PRODUCTION OF DOCUMENTS**
                                      ) **FROM ACACIA RESEARCH**
19                                    ) **CORPORATION**
                                      )
20                                    ) Judge:  [TBD]
                                      ) Date:  [TBD]
21                                    ) Time:  [TBD]
                                      ) Place:  [TBD]
22                                    ) Discovery Cutoff:  March 18, 2021
                                      ) Pretrial Conference:  June 29, 2021
23                                    ) Trial Date:  August 2, 2021

24

25

26

27

28

1
2
3

The Court, having considered the Application to File Under Seal of HMD Global and supporting declarations, finds that the application should be GRANTED. It is therefore ORDERED that HMD Global may file the following documents under seal:

| Document | Sealed Portions |
|---|---|
| Memorandum of Law in Support of Motion by HMD Global Oy to Compel Production of Documents from Acacia Research Corporation | Entirety |
| Exhibit A to the Declaration of Maissa Chouraki in Motion by HMD Global Oy to Compel Production of Documents From Acacia Research Corporation ("Chouraki Declaration") | Entirety |
| Exhibit B to the Chourai Declaration | Highlighted portions |
| Exhibit C to the Chouraki Declaration | Highlighted portions |
| Exhibit D to the Chouraki Declaration | Highlighted portions |
| Exhibit E to the Chouraki Declaration | Highlighted portions |
| Exhibit F to the Chouraki Declaration | Highlighted portions |
| Exhibit G to the Chouraki Declaration | Highlighted portions |
| Exhibit H to the Chouraki Declaration | Highlighted Portions |
| Exhibit I to the Chouraki Declaration | Highlighted Portions |
| Exhibit K to the Chouraki Declaration | Highlighted Portions |
| Exhibit L to the Chouraki Declaration | Highlighted Portions |
| Exhibit R to the Chouraki Declaration | Highlighted Portions |
| Exhibit S to the Chouraki Declaration | Highlighted Portions |
| Exhibit T to the Chouraki Declaration | Highlighted Portions |

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| Exhibit W to the Chouraki Declaration | Highlighted portions |
|---|---|
| Exhibit X to the Chouraki Declaration | Highlighted portions |
| Exhibit Y to the Chouraki Declaration | Highlighted portions |
| Exhibit Z to the Chouraki Declaration | Highlighted portions |
| Exhibit FF to the Chouraki Declaration | Entirety |
| Exhibit GG to the Chouraki Declaration | Entirety |
| Exhibit HH to the Chouraki Declaration | Entirety |
| Exhibit II to the Chouraki Declaration | Entirety |
| Exhibit JJ to the Chouraki Declaration | Entirety |
| Exhibit KK to the Chouraki Declaration | Entirety |

**IT IS SO ORDERED.**

Dated:

_____
United States District Judge

[PROPOSED] ORDER GRANTING APPLICATION FOR LEAVE TO FILE UNDER SEAL