1  Matthew S. Warren (Bar No. 230565)
2  Jennifer A. Kash (Bar No. 203679)
   Maissa Chouraki (Bar No. 307711)
3  WARREN LEX LLP
4  2261 Market Street, No. 606
   San Francisco, California, 94114
5  +1 (415) 895-2940
6  +1 (415) 895-2964 facsimile
7  20-127@cases.warrenlex.com

8  *Attorneys for HMD Global Oy*

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| HMD GLOBAL OY,<br><br>    Movant,<br><br>v.<br><br>ACACIA RESEARCH CORPORATION,<br><br>    Respondent. | Case No. 8:20-mc-127<br><br>**CORPORATE DISCLOSURE STATEMENT UNDER FED. R. CIV. P. 7.1 OF HMD GLOBAL OY**<br><br>Judge: [TBD]<br>Date: [TBD]<br>Time: [TBD]<br>Discovery Cutoff: March 18, 2021<br>Pretrial conference: June 29, 2021<br>Trial Date: August 2, 2021 |

Under Rule 7.1 of the Federal Rules of Civil Procedure, defendant HMD Global Oy makes this corporate disclosure statement:  HMD Global Oy has no parent corporation. No publicly held corporation directly owns 10% or more of HMD Global Oy's stock. HMD Global Oy is not aware of any publicly held corporation indirectly owning 10% or more of its stock.

Date:  December 21, 2020

Respectfully submitted,

*/s/ Matthew S. Warren*
Matthew S. Warren (Bar No. 230565)
Jennifer A. Kash (Bar No. 203679)
Maissa Chouraki (Bar No. 307711)
WARREN LEX LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
20-127@cases.warrenlex.com