Jennifer A. Kash (Bar No. 203679)
WARREN LEX LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
20-127@cases.warrenlex.com

*Attorneys for HMD Global Oy*

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| HMD GLOBAL OY,<br><br>  Movant,<br><br>v.<br><br>ACACIA RESEARCH CORPORATION,<br><br>  Respondent. | Case No. 8:20-mc-127<br><br>**NOTICE OF APPEARANCE OF JENNIFER A. KASH FOR HMD GLOBAL OY**<br><br>Judge:  [TBD]<br>Date:  [TBD]<br>Place:  [TBD]<br>Discovery Cutoff:  March 18, 2021<br>Pretrial Conference:  June 29, 2021<br>Trial Date:  August 2, 2021 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Jennifer A. Kash, an attorney with Warren Lex LLP admitted to practice before this Court, appears as counsel for HMD Global Oy.

Date:  December 21, 2020                         Respectfully submitted,

_____
Jennifer A. Kash (Bar No. 203679)
WARREN LEX LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
20-127@cases.warrenlex.com