Matthew S. Warren (Bar No. 230565)
Jennifer A. Kash (Bar No. 203679)
Maissa Chouraki (Bar No. 307711)
WARREN LEX LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
20-127@cases.warrenlex.com

*Attorneys for HMD Global Oy*

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| HMD GLOBAL OY, <br><br>　　Movant, <br><br>v. <br><br>ACACIA RESEARCH CORPORATION <br><br>　　Respondent | Case No. 8:20-mc-127 <br> **PROOF OF SERVICE** <br><br> Judge: [TBD] <br> Date: [TBD] <br> Place: [TBD] <br> Discovery Cutoff: March 18, 2021 <br> Pretrial-Conference Date: June 29, 2021 <br> Trial Date: August 2, 2021 |

I certify that on December 21, 2020, I served the following documents:

　　1.　Notice of Motion and Motion by HMD Global Oy to Compel Production of Documents from Acacia Research Corporation;

　　2.　Memorandum of Law in Support of Motion by HMD Global Oy to Compel Production of Documents from Acacia Research Corporation;

　　3.　Declaration of Maissa Chouraki in Support of by HMD Global Oy to Compel Production of Documents from Acacia Research Corporation and supporting exhibits;

　　4.　[Proposed] Order Granting Motion by HMD Global Oy to Compel Production of Documents from Acacia Research Corporation;

5. Application For Leave to File Under Seal Portions of Motion by HMD Global Oy to Compel Production of Documents from Acacia Research Corporation and Supporting Documents;

6. Declaration of Maissa Chouraki in Support of Application for Leave to File Under Seal Regarding Motion by HMD Global Oy to Compel Production of Documents from Acacia Research Corporation and Supporting Documents;

7. [Proposed Order] Granting Application for Leave to File Under Seal by HMD Global Oy Regarding Motion by HMD Global Oy to Compel Production of Documents from Acacia Research Corporation;

8. Corporate Disclosure Statement Under Fed. R. Civ. P. 7.1 of HMD Global Oy; and

9. Civil Cover Sheet.

on counsel for respondent Acacia Research Corporation:

 Jeffrey R. Bragalone
 Jonathan H. Rastegar
 Jerry D. Tice II
 Hunter S. Palmer
 Bragalone Conroy PC
 2200 Ross Avenue
 Suite 4500W
 Dallas, Texas, 75201

by electronic mail to jbragalone@bcpc-law.com, jrastegar@bcpc-law.com, jtice@bcpc-law.com, and hpalmer@bcpc-law.com.

//
//
//
//
//
//
//

As shown in the attached Exhibit A, counsel for Acacia Research Corporation confirmed that this transmission completed HMD Global's service obligation under the Federal Rules of Civil Procedure.

Dated: December 21, 2020

                                        Maissa Chouraki (Bar No. 307711)
                                        WARREN LEX LLP
                                        2261 Market Street, No. 606
                                        San Francisco, California, 94114
                                        +1 (415) 895-2940
                                        +1 (415) 895-2964 facsimile
                                        20-127@cases.warrenlex.com