# Exhibit A

**WARREN LEX** LLP

2261 MARKET STREET No. 606
SAN FRANCISCO CA 94114

TEL +1 (415) 895 2940
FAX +1 (415) 895 2964

December 21, 2020

**By Electronic Mail**

Jeffrey R. Bragalone
Jonathan H. Rastegar
Jerry D. Tice II
Hunter S. Palmer
Bragalone Conroy PC
2200 Ross Avenue
Suite 4500W
Dallas, Texas, 75201
jbragalone@bcpc-law.com
jrastegar@bcpc-law.com
jtice@bcpc-law.com
hpalmer@bcpc-law.com

**Re:** HMD Global Oy v. Acacia Research Corporation, No. 20-127 (C.D. California)

Dear Messrs. Bragalone, Rastegar, Tice, and Palmer:

HMD Global serves the following documents:

- Notice of Motion and Motion by HMD Global Oy to Compel Production of Documents from Acacia Research Corporation
- Memorandum of Law in Support of Motion by HMD Global Oy to Compel Production of Documents from Acacia Research Corporation
- Declaration of Maissa Chouraki in Support of by HMD Global Oy to Compel Production of Documents from Acacia Research Corporation and supporting exhibits
- [Proposed] Order Granting Motion by HMD Global Oy to Compel Production of Documents from Acacia Research Corporation
- Application For Leave to File Under Seal Portions of Motion by HMD Global Oy to Compel Production of Documents from Acacia Research Corporation and Supporting Documents
- Declaration of Maissa Chouraki in Support of Application for Leave to File Under Seal Regarding Motion by HMD Global Oy to Compel Production of Documents from Acacia Research Corporation and Supporting Documents
- [Proposed Order] Granting Application for Leave to File Under Seal by HMD Global Oy Regarding Motion by HMD Global Oy to Compel Production of Documents from Acacia Research Corporation
- Corporate Disclosure Statement Under Fed. R. Civ. P. 7.1 of HMD Global Oy
- Civil Cover Sheet of HMD Global Oy

Jeffrey R. Bragalone, Jonathan H. Rastegar, Jerry D. Tice, and Hunter S. Palmer
December 21, 2020
Page 2

Please access these documents as follows:



Please note that some of these documents contain materials over which ARC or CCE has asserted claims of confidentiality under the protective order governing confidentiality in *Cellular Communications Equipment v. HMD Global Oy*, Case No. 20-78 (E.D. Texas), Docket Nos. 31, 35.  For security and confidentiality, we have encrypted this production using VeraCrypt, free encryption software that you can download from https://www.veracrypt.fr/.

To decrypt this transmission, please use password no. 18 from Ms. Shultz's letter to Mr. Tice of September 4, 2020.  If you encounter any difficulty in decrypting this transmission, please call Ms. Shultz at +1 (415) 895-2990.  Unless we hear otherwise from you, we will take the FTP site down in a week.

As a courtesy to you, and in light of your clients' claims of confidentiality over some portions of these documents, we are happy to avoid printing and transmitting copies of them, as would otherwise be required by the Federal Rules of Civil Procedure.  Toward that end, please confirm in writing by noon PST today that this transmission meets our service obligations under the Federal Rules of Civil Procedure and is equivalent to hand service today.  Otherwise, we will complete service of these documents by hand this afternoon.

Thank you for your continued time and courtesy in this matter.

Very Truly Yours,

Maissa Chouraki-Lewin

## HMD Global Oy v. Acacia Research Corporation, No. 20-mc-127 (C.D. California)

**Matt Warren** <matt@warrenlex.com>  Mon, Dec 21, 2020 at 1:46 PM
Reply-To: buck@matters.warrenlex.com
To: Jeffrey Bragalone <jbragalone@bcpc-law.com>, "Jonathan H. Rastegar" <jrastegar@bcpc-law.com>, Jerry Tice <jtice@bcpc-law.com>, Hunter Palmer <hpalmer@bcpc-law.com>, CCE Service List <cce-service@bcpc-law.com>
Cc: "HMD Global Oy v. Acacia Research Corporation" <20-127@cases.warrenlex.com>

Hunter:

Thanks for taking Maissa and my call just now, and confirming your acceptance of service of today's documents by email. We appreciate your willingness to avoid the need for a wasteful and superfluous service of printed materials.

Thank you for your continued time and courtesy in this matter.

Best Regards,
Matt Warren

--
Matt Warren     matt@warrenlex.com     +1 (415) 895-2928