1  Maissa Chouraki (Bar No. 307711)
2  WARREN LEX LLP
3  2261 Market Street, No. 606
   San Francisco, California, 94114
4  +1 (415) 895-2940
5  +1 (415) 895-2964 facsimile
   20-127@cases.warrenlex.com
6
7  *Attorneys for HMD Global Oy*

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| HMD GLOBAL OY, <br><br> Movant, <br><br> v. <br><br> ACACIA RESEARCH CORPORATION, <br><br> Respondent. | Case No. 8:20-mc-127 <br><br> **NOTICE OF APPEARANCE OF MAISSA CHOURAKI FOR HMD GLOBAL OY** <br><br> Judge:  [TBD] <br> Date:  [TBD] <br> Place:  [TBD] <br> Discovery Cutoff:  March 18, 2021 <br> Pretrial Conference:  June 29, 2021 <br> Trial Date:  August 2, 2021 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

    PLEASE TAKE NOTICE THAT Maissa Chouraki, an attorney with Warren Lex LLP admitted to practice before this Court, appears as counsel for HMD Global Oy.

Date:  December 22, 2020

Respectfully submitted,

_____
Maissa Chouraki (Bar No. 307711)
WARREN LEX LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
20-127@cases.warrenlex.com