Matthew S. Warren (Bar No. 230565)
Jennifer A. Kash (Bar No. 203679)
Maissa Chouraki (Bar No. 307711)
WARREN LEX LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
20-127@cases.warrenlex.com

*Attorneys for HMD Global Oy*

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

## SOUTHERN DIVISION

|  |  |
|---|---|
| HMD GLOBAL OY, | Case No. 8:20-mc-127 |
|     Movant, | **PROOF OF SERVICE** |
| v. | Judge:  [TBD]<br>Date:  [TBD]<br>Place:  [TBD] |
| ACACIA RESEARCH CORPORATION | Discovery Cutoff:  March 18, 2021<br>Pretrial-Conference Date:  June 29, 2021 |
|     Respondent | Trial Date:  August 2, 2021 |

I certify that on December 22, 2020, I served the following documents:

    1.    Notice of Appearance of Jennifer A. Kash for HMD Global Oy;

    2.    Notice of Appearance of Maissa Chouraki for HMD Global Oy

//

//

//

//

//

//

on the following counsel for respondent Acacia Research Corporation by First Class Mail:

Jeffrey R. Bragalone
Jonathan H. Rastegar
Jerry D. Tice II
Hunter S. Palmer
Bragalone Conroy PC
2200 Ross Avenue
Suite 4500W
Dallas, Texas, 75201

I enclosed these documents in a sealed envelope, and deposited it with the United States Postal Service using First Class Mail, with postage prepaid.

Date:  December 22, 2020

_____
Cameron Ficher

PROOF OF SERVICE