Matthew S. Warren (Bar No. 230565)
Jennifer A. Kash (Bar No. 203679)
Maissa Chouraki (Bar No. 307711)
WARREN LEX LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
20-127@cases.warrenlex.com

*Attorneys for HMD Global Oy*

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

|  |  |
|---|---|
| HMD GLOBAL OY, <br><br>    Movant, <br><br> v. <br><br> ACACIA RESEARCH CORPORATION, <br><br>    Respondent. | Case No. 8:20-mc-127-JLS-JDE <br><br> **NOTICE OF HEARING** <br><br> Judge:  John D. Early <br> Date:  January 21, 2021 <br> Time:  10:00 a.m. PST <br> Place:  [TBD] <br> Discovery Cutoff:  March 18, 2021 <br> Date:  January 21, 2021 <br> Pretrial Conference:  June 29, 2021 <br> Trial Date:  August 2, 2021 |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that the Court has set a hearing on the Notice of Motion and Motion to Compel Production of Documents from Acacia Research Corporation on January 21, 2021, at 10:00 a.m. PST before Judge John D. Early, as shown on the attached notice from the Court.

Date:  December 22, 2020

Respectfully submitted,

Matthew S. Warren (Bar No. 230565)
Jennifer A. Kash (Bar No. 203679)
Maissa Chouraki (Bar No. 307711)
WARREN LEX LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
20-127@cases.warrenlex.com

## Activity in Case 8:20-mc-00127-JLS-JDE HMD Global Oy v. Acacia Research Corporation Text Only Notice (Attorney Civil Case Opening)

1 message

**cacd_ecfmail@cacd.uscourts.gov** <cacd_ecfmail@cacd.uscourts.gov>                    Tue, Dec 22, 2020 at 3:33 PM
To: ecfnef@cacd.uscourts.gov

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

### UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA

### Notice of Electronic Filing

The following transaction was entered on 12/22/2020 at 3:33 PM PST and filed on 12/22/2020

| | |
|---|---|
| **Case Name:** | HMD Global Oy v. Acacia Research Corporation |
| **Case Number:** | 8:20-mc-00127-JLS-JDE |
| **Filer:** | |
| **Document Number:** | 10(No document attached) |

**Docket Text:**
**NOTICE OF HEARING on Notice of Motion and Motion to Compel Production of Documents from Acacia Research Corporation by Clerk of Court. Counsel is hereby notified that the MISC - Motion Related to Subpoena from Another District,,,, [1] is set for hearing. Discovery Hearing set for 1/21/2021 10:00 AM before Magistrate Judge John D. Early. THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (esa) TEXT ONLY ENTRY**

**8:20-mc-00127-JLS-JDE Notice has been electronically mailed to:**

Jennifer A Kash &nbsp &nbsp jen@warrenlex.com

Maissa Chouraki &nbsp &nbsp maissa@warrenlex.com

Matthew S Warren &nbsp &nbsp matt@warrenlex.com

**8:20-mc-00127-JLS-JDE Notice has been delivered by First Class U. S. Mail or by other means <u>BY THE FILER</u> to :**

## CERTIFICATE OF SERVICE

I certify that on December 22, 2020, I served the foregoing document on on the following counsel for respondent Acacia Research Corporation by First Class Mail:

Jeffrey R. Bragalone
Jonathan H. Rastegar
Jerry D. Tice II
Hunter S. Palmer
Bragalone Conroy PC
2200 Ross Avenue
Suite 4500W
Dallas, Texas, 75201

I placed these documents in a sealed envelope, and deposited it with the United States Postal Service using First Class Mail, with postage prepaid.

Although Acacia Research Corporation has not yet consented to service by electronic means, as a courtesy, HMD Global also sent a copy to the same counsel by electronic mail to jbragalone@bcpc-law.com, jrastegar@bcpc-law.com, jtice@bcpc-law.com, and hpalmer@bcpc-law.com.

Maissa Chouraki-Lewin