Matthew S. Warren (Bar No. 230565)
Jennifer A. Kash (Bar No. 203679)
Maissa Chouraki (Bar No. 307711)
WARREN LEX LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
20-127@cases.warrenlex.com

*Attorneys for HMD Global Oy*

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| HMD GLOBAL OY,<br><br>     Movant,<br><br>v.<br><br>ACACIA RESEARCH CORPORATION,<br><br>     Respondent. | Case No. 8:20-mc-127 JLS (JDEx)<br><br>**OPPOSED *EX PARTE* APPLICATION BY HMD GLOBAL OY FOR CLARIFICATION OF THIS COURT'S SEALING PROCEDURES**<br><br>Judge: John D. Early<br>Date: [TBD]<br>Time: [TBD]<br>Place: [TBD]<br>Discovery Cutoff: March 18, 2021<br>Pretrial Conference: June 29, 2021<br>Trial Date: August 2, 2021 |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

   PLEASE TAKE NOTICE HMD Global Oy ("HMD Global"), defendant in *Cellular Communications Equipment LLC v. HMD Global Oy*, Case No. 20-78 (E.D. Texas), will and hereby does file an *ex parte* application for clarification from this Court regarding its sealing procedures.  HMD Global respectfully requests that this Court confirm HMD Global properly followed this Court's procedures for filing under seal when it filed an Application for Leave to File Under Seal under Local Rule 79-5.2.2(b).  HMD Global

further respectfully requests that this Court provide guidance regarding the procedures for future confidential filings in this matter.

This Application is based on this *Ex Parte* Application, the concurrently filed memorandum of law, the Declaration of Matthew S. Warren and accompanying exhibits, as well as the pleadings and papers on file in this matter and in *Cellular Communications Equipment LLC v. HMD Global Oy*, Case No. 20-78 (E.D. Texas), any matters of which the Court may take judicial notice, and evidence or argument that HMD Global may present at or before the hearing on this matter.

Date:  December 29, 2020

Respectfully submitted,

_____
Matthew S. Warren (Bar No. 230565)
Jennifer A. Kash (Bar No. 203679)
Maissa Chouraki (Bar No. 307711)
WARREN LEX LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
20-127@cases.warrenlex.com