Matthew S. Warren (Bar No. 230565)
Jennifer A. Kash (Bar No. 203679)
Maissa Chouraki (Bar No. 307711)
WARREN LEX LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
20-127@cases.warrenlex.com

*Attorneys for HMD Global Oy*

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| HMD GLOBAL OY,<br><br>Movant,<br><br>v.<br><br>ACACIA RESEARCH CORPORATION,<br><br>Respondent. | Case No. 8:20-mc-127 JLS (JDEx)<br><br>**DECLARATION OF MATTHEW S. WARREN IN SUPPORT OF OPPOSED *EX PARTE* APPLICATION BY HMD GLOBAL OY FOR CLARIFICATION OF THIS COURT'S SEALING PROCEDURES**<br><br>Judge: John D. Early<br>Date: [TBD]<br>Time: [TBD]<br>Place: [TBD]<br>Discovery Cutoff: March 18, 2021<br>Pretrial Conference: June 29, 2021<br>Trial Date: August 2, 2021 |

I, Matthew S. Warren, hereby declare under 28 U.S.C. § 1746:

1. I am an attorney licensed to practice in the State of California and this Court, and a partner at the law firm of Warren Lex LLP, counsel for movant HMD Global Oy. I have personal knowledge of the matters set forth in this declaration and, if called as a witness, I could and would testify competently to each of them.

2. Attached as Exhibit A is a true and correct copy of HMD Global's letter of today and its transmittal email.

3. Attached as Exhibit B is a true and correct copy of Acacia Research Corporation's letter of today and its transmittal email.

4. At 9:17 p.m. PST on December 29, 2020, I called counsel for ARC. I left a voicemail asking for a call back. I also sent an email to the same counsel, a true and correct copy of which is attached as Exhibit C.

5. At 10:19 p.m. PST on December 29, 2020, I again called counsel for ARC. I again left a voicemail asking for a call back, and I again sent an email to the same counsel, a true and correct copy of which is attached as Exhibit D.

6. Attached as Exhibit E is a true and correct copy of my third email of today.

I declare under penalty of perjury that the foregoing is true and correct. Executed on December 29, 2020, in San Francisco, California.

Matthew S. Warren