# Exhibit A

**WARREN LEX** LLP

2261 MARKET STREET NO. 606
SAN FRANCISCO CA 94114

TEL +1 (415) 895 2940
FAX +1 (415) 895 2964

December 29, 2020

**By Electronic Mail**

Jeffrey R. Bragalone
Jonathan H. Rastegar
Jerry D. Tice II
Hunter S. Palmer
Bragalone Conroy PC
2200 Ross Avenue
Suite 4500W
Dallas, Texas, 75201
jbragalone@bcpc-law.com
jrastegar@bcpc-law.com
jtice@bcpc-law.com
hpalmer@bcpc-law.com

Re:   HMD Global Oy v. Acacia Research Corporation, No. 20-mc-127 (C.D. California)

Dear Messrs. Bragalone, Rastegar, Tice, and Palmer:

As you know, on Monday, December 21, we filed and served confidential materials under Loc. R. 79-5. Under Rule 79-5.2.2(b)(i), "a declaration establishing that all or part of the designated material is sealable," fell due within "4 days of filing of the filing of the Application," on December 25, 2020. Since December 25 was a holiday under Rule 6(a)(6), Rule 6(a)(1)(C) extended this deadline to December 28. That was yesterday. Despite this deadline, ARC did not make any filing under Rule 79-5.2.2(b)(i).

Seeking to balance our obligations under Loc. R. 79-5.2.2(a)(iii) and the Eastern District's order, in our December 21 application for leave to file under seal, we stated that "HMD Global does not at this time file a public redacted version of this document, but will do so promptly after ARC files its sealing declaration under Local Rule 79-5.2.2(b)(i)." Docket No. 2. Now that ARC has declined to follow Rule 79-5.2.2(b)(i), the Court will expect us to update it on the status of our promise, and to do so promptly.

Toward that end, please confirm by 2:00 p.m. PST today if ARC intends to assert confidentiality over any portion of our filings of Monday, December 21, and, if so, how it plans to do so in light of its decision to decline to follow Loc. R. 79-5.2.2(b)(i).

Thank you for your continued time and courtesy in this matter.

Very Truly Yours,

Maissa Chouraki-Lewin

## HMD Global Oy v. Acacia Research Corporation, No. 20-mc-127 (C.D. California)

**Ashley Shultz** <ashley@warrenlex.com>  Tue, Dec 29, 2020 at 9:54 AM
To: "Jeffrey R. Bragalone" <jbragalone@bcpc-law.com>, "Jonathan H. Rastegar" <jrastegar@bcpc-law.com>, "Jerry D. Tice II" <jtice@bcpc-law.com>, "Hunter S. Palmer" <hpalmer@bcpc-law.com>, CCE Service List <cce-service@bcpc-law.com>
Cc: "HMD Global Oy v. Acacia Research Corporation" <20-127@cases.warrenlex.com>

Counsel:

Attached please find a letter from Maissa Chouraki-Lewin.  Please let me know if you do not receive this attachment in good order.

Thank you,
Ashley Shultz

--
Ashley Shultz    ashley@warrenlex.com    +1 (415) 895-2990