# Exhibit C

## HMD Global Oy v. Acacia Research Corporation, No. 20-mc-127 (C.D. California)

**Matt Warren** <matt@warrenlex.com>　　　　　　　　　　　　　　　　　　　　Tue, Dec 29, 2020 at 9:18 PM
Reply-To: buck@matters.warrenlex.com
To: Hunter Palmer <hpalmer@bcpc-law.com>
Cc: "HMD Global Oy v. Acacia Research Corporation" <20-127@cases.warrenlex.com>

Hunter:

I called you just now but got your voicemail.  Please call me back when you get this message.  Thank you.

Best Regards,
Matt Warren

--
Matt Warren　　　matt@warrenlex.com　　+1 (415) 895-2928
[Quoted text hidden]