# Exhibit D

## HMD Global Oy v. Acacia Research Corporation, No. 20-mc-127 (C.D. California)

**Matt Warren** <matt@warrenlex.com>  Tue, Dec 29, 2020 at 10:20 PM
Reply-To: buck@matters.warrenlex.com
To: Hunter Palmer <hpalmer@bcpc-law.com>
Bcc: 20-127@cases.warrenlex.com

Hunter—I tried to reach you again just now.  Please call me as soon as you can.  Thanks.

[Quoted text hidden]