# Exhibit E

## HMD Global Oy v. Acacia Research Corporation, No. 20-mc-127 (C.D. California)

**Matt Warren** <matt@warrenlex.com>   Tue, Dec 29, 2020 at 10:54 PM
Reply-To: buck@matters.warrenlex.com
To: Hunter Palmer <hpalmer@bcpc-law.com>
Bcc: 20-127@cases.warrenlex.com

Hunter:

I've tried to call you several times without success.  I therefore write to provide notice that HMD Global Oy will apply *ex parte* before the United States District Court for the Central District of California seeking an order confirming that HMD Global properly followed the Court's procedures for filing under seal when it filed an Application for Leave to File Under Seal under Local Rule 79-5.2.2(b).  HMD Global will further seek guidance from the Court regarding the procedures for future confidential filings in this matter.

Please let me know as soon as possible if you oppose.  If we do not hear from you, we will assume from your letter that you do oppose.  Finally, please note that the Court expects that "[o]pposition papers should be filed no later than 24 hours after the filing of the application."  http://www.cacd.uscourts.gov/honorable-john-d-early.

Thank you for your continued time and courtesy in this matter.

[Quoted text hidden]