Matthew S. Warren (Bar No. 230565)
Jennifer A. Kash (Bar No. 203679)
Maissa Chouraki (Bar No. 307711)
WARREN LEX LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
20-127@cases.warrenlex.com

*Attorneys for HMD Global Oy*

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| HMD GLOBAL OY, <br><br> Movant, <br><br> v. <br><br> ACACIA RESEARCH CORPORATION, <br><br> Respondent. | Case No. 8:20-mc-127 JLS (JDEx) <br><br> **[PROPOSED] ORDER GRANTING OPPOSED *EX PARTE* APPLICATION BY HMD GLOBAL OY FOR CLARIFICATION OF THIS COURT'S SEALING PROCEDURES** <br><br> Judge:  John D. Early <br> Date:  [TBD] <br> Time:  [TBD] <br> Place:  [TBD] <br> Discovery Cutoff:  March 18, 2021 <br> Pretrial Conference:  June 29, 2021 <br> Trial Date:  August 2, 2021 |

1    This Matter comes before this Court on the *Ex Parte* Application by HMD Global

2    Oy For Clarification of This Court's Sealing Procedures.  The Court has reviewed the

3    application and accompanying memoranda and exhibits, as well as other papers filed in

4    this matter, and any further argument, and finds good cause to **GRANT** the Application

5    and find that HMD Global properly followed this Court's procedures for filing under seal

6    when it filed an Application for Leave to File Under Seal under Local Rule 79-5.2.2(b).

7    **IT IS SO ORDERED.**

8

9

10   Dated*: _____          _____

                                            UNITED STATES DISTRICT JUDGE