Matthew S. Warren (Bar No. 230565)
Jennifer A. Kash (Bar No. 203679)
Maissa Chouraki (Bar No. 307711)
WARREN LEX LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
20-127@cases.warrenlex.com

*Attorneys for HMD Global Oy*

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

## SOUTHERN DIVISION

|  |  |
|---|---|
| HMD GLOBAL OY,<br><br>          Movant,<br><br>v.<br><br>ACACIA RESEARCH CORPORATION<br><br>Respondent | Case No. 8:20-mc-127 JLS (JDEx)<br><br>**PROOF OF SERVICE**<br><br>Judge:  John D. Early<br>Date:  [TBD]<br>Time:  [TBD]<br>Place:  [TBD]<br>Discovery Cutoff:  March 18, 2021<br>Pretrial-Conference Date:  June 29, 2021<br>Trial Date:  August 2, 2021 |

I, Maissa Chouraki, hereby declare under 28 U.S.C. § 1746:

1.     I am an attorney licensed to practice in the State of California, and an associate at the law firm of Warren Lex LLP, counsel for defendant HMD Global Oy.  I have personal knowledge of the matters set forth in this declaration and, if called as a witness, I could and would testify competently to each of them.

2.     On December 29, 2020, I served the following documents:

*Ex Parte* Application by HMD Global Oy for Clarification of this Court's Sealing Procedures;

Memorandum in Support of *Ex Parte* Application by HMD Global Oy for

Clarification of this Court's Sealing Procedures;

Declaration of Matthew S. Warren in Support of *Ex Parte* Application by HMD

Global OY for Clarification of this Court's Sealing Procedures; and

[Proposed] Order Granting *Ex Parte* Application by HMD Global Oy for

Clarification of this Court's Sealing Procedures

on the following counsel for respondent Acacia Research Corporation by electronically

mailing them to the email addresses below:

Jeffrey R. Bragalone
Jonathan H. Rastegar
Jerry D. Tice II
Hunter S. Palmer
Bragalone Conroy PC
2200 Ross Avenue
Suite 4500W
Dallas, Texas, 75201
jbragalone@bcpc-law.com,
jrastegar@bcpc-law.com
jtice@bcpc-law.com
hpalmer@bcpc-law.com.

I received no error or any electronic message or other indication that the

transmission was unsuccessful.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on

December 29, 2020, in San Francisco, California.

Maissa Chouraki