Matthew S. Warren (Bar No. 230565)
Jennifer A. Kash (Bar No. 203679)
Maissa Chouraki (Bar No. 307711)
WARREN LEX LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
20-127@cases.warrenlex.com

*Attorneys for HMD Global Oy*

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| HMD GLOBAL OY,<br><br>　　Movant,<br><br>v.<br><br>ACACIA RESEARCH CORPORATION,<br><br>　　Respondent. | Case No. 8:20-mc-127 JLS (JDEx)<br>**NOTICE OF WITHDRAWAL OF OPPOSED *EX PARTE* APPLICATION BY HMD GLOBAL OY FOR CLARIFICATION OF THIS COURT'S SEALING PROCEDURES**<br><br>Judge: John D. Early<br>Date: [TBD]<br>Time: [TBD]<br>Place: [TBD]<br>Discovery Cutoff: March 18, 2021<br>Pretrial Conference: June 29, 2021<br>Trial Date: August 2, 2021 |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

　　Yesterday, movant HMD Global Oy filed its *Ex Parte* Application for Clarification of this Court's Sealing Procedures.  Docket No. 13.  This afternoon, counsel for HMD Global conferred with joint counsel for respondent Acacia Research Corporation ("ARC") and Cellular Communications Equipment LLC ("CCE"), the plaintiff in the underlying action.  Declaration of Matthew S. Warren ("Warren Decl."), Exs. A, B.  During this conference, ARC indicated that it would file tomorrow "declarations regarding the

confidentiality of documents filed under seal" by HMD Global on Monday, December 21, 2020, and asked whether HMD Global would oppose a "motion for an extension of time to submit" these declarations. *Id.* HMD Global confirmed that it would not oppose. *Id.*

Joint counsel for ARC and CCE also "proposed that, in exchange for HMD's agreement to withdraw its ex parte motion and thereby obviate ARC's need to respond, CCE agrees not to seek any relief from Judge Gilstrap based on a contention that HMD violated his December 16 Order by its 12/21 filing." *Id.* HMD Global accepted this proposal. *Id.*

Honoring this agreement, HMD Global now withdraws its *ex parte* application, Docket No. 13.

Date: December 30, 2020

Respectfully submitted,

_____
Matthew S. Warren (Bar No. 230565)
Jennifer A. Kash (Bar No. 203679)
Maissa Chouraki (Bar No. 307711)
WARREN LEX LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
20-127@cases.warrenlex.com