Matthew S. Warren (Bar No. 230565)
Jennifer A. Kash (Bar No. 203679)
Maissa Chouraki (Bar No. 307711)
WARREN LEX LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
20-127@cases.warrenlex.com

*Attorneys for HMD Global Oy*

## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
## SOUTHERN DIVISION

| | |
|---|---|
| HMD GLOBAL OY,<br><br>　Movant,<br><br>v.<br><br>ACACIA RESEARCH CORPORATION,<br><br>　Respondent. | Case No. 8:20-mc-127 JLS (JDEx)<br><br>**DECLARATION OF MATTHEW S. WARREN IN SUPPORT OF NOTICE OF WITHDRAWAL OF OPPOSED *EX PARTE* APPLICATION BY HMD GLOBAL OY FOR CLARIFICATION OF THIS COURT'S SEALING PROCEDURES**<br><br>Judge: John D. Early<br>Date: [TBD]<br>Time: [TBD]<br>Place: [TBD]<br>Discovery Cutoff: March 18, 2021<br>Pretrial Conference: June 29, 2021<br>Trial Date: August 2, 2021 |

I, Matthew S. Warren, hereby declare under 28 U.S.C. § 1746:

1. I am an attorney licensed to practice in the State of California and this Court, and a partner at the law firm of Warren Lex LLP, counsel for movant HMD Global Oy. I have personal knowledge of the matters set forth in this declaration and, if called as a witness, I could and would testify competently to each of them.

2. Attached as Exhibit A is a true and correct copy of an email today from joint counsel for Acacia Research Corporation and Cellular Communications Equipment LLC.

3. Attached as Exhibit B is a true and correct copy of HMD Global's reply to that email.

I declare under penalty of perjury that the foregoing is true and correct. Executed on December 30, 2020, in San Francisco, California.

_____
Matthew S. Warren