# Exhibit A

## Cellular Communications Equipment LLC v. HMD Global Oy, No. 20-78 (E.D. Texas)

**Jeffrey Bragalone** <jbragalone@bcpc-law.com>　　　　　　　　　　　　　　Wed, Dec 30, 2020 at 1:56 PM
To: Matt Warren <matt@warrenlex.com>, "CCE-Service@bcpc-law.com" <CCE-Service@bcpc-law.com>
Cc: Deron Dacus <ddacus@dacusfirm.com>, Shannon Dacus <sdacus@dacusfirm.com>, 20-78 <20-78@cases.warrenlex.com>, Stephanie Wood <swood@bcpc-law.com>

Matt and Deron –

Thank you for the call this afternoon. This confirms that HMD does not oppose ARC's motion for an extension of time to submit declarations regarding the confidentiality of documents filed under seal by HMD on 12/21. ARC will file its motion and declarations tomorrow, along with its response.

Regarding the *ex parte* motion, I sincerely believe the filing could have been avoided if we had been able to visit yesterday. Notwithstanding, I proposed that, in exchange for HMD's agreement to withdraw its ex parte motion and thereby obviate ARC's need to respond,  CCE agrees not to seek any relief from Judge Gilstrap based on a contention that HMD violated his December 16 Order by its 12/21 filing.

Please let us know as soon as possible if HMD is amenable to this proposal.

Regards,

Jeff



**BRAGALONE CONROY** PC

**Jeffrey R. Bragalone**

Direct:  214-785-6671

Email:  jbragalone@bcpc-law.com

---

**From:** Matt Warren <matt@warrenlex.com>
**Sent:** Wednesday, December 30, 2020 2:00 PM

**To:** CCE-Service@bcpc-law.com
**Cc:** Deron Dacus <ddacus@dacusfirm.com>; Shannon Dacus <sdacus@dacusfirm.com>; 20-78 <20-78@cases.warrenlex.com>
**Subject:** Cellular Communications Equipment LLC v. HMD Global Oy, No. 20-78 (E.D. Texas)

Hunter—thank you for your email suggesting a meet-and-confer call at 1:00 p.m. PST / 3:00 p.m. CST.  I am also available at that time.  I look forward to speaking with you then.


--

Matt Warren     matt@warrenlex.com     +1 (415) 895-2928