Matthew S. Warren (Bar No. 230565)
Jennifer A. Kash (Bar No. 203679)
Maissa Chouraki (Bar No. 307711)
WARREN LEX LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
20-127@cases.warrenlex.com

*Attorneys for HMD Global Oy*

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| HMD GLOBAL OY, <br><br> Movant, <br><br> v. <br><br> ACACIA RESEARCH CORPORATION <br><br> Respondent | Case No. 8:20-mc-127 JLS (JDEx) <br> **PROOF OF SERVICE** <br> Judge: John D. Early <br> Date: [TBD] <br> Time: [TBD] <br> Place: [TBD] <br> Discovery Cutoff: March 18, 2021 <br> Pretrial-Conference Date: June 29, 2021 <br> Trial Date: August 2, 2021 |

I, Maissa Chouraki, hereby declare under 28 U.S.C. § 1746:

1. I am an attorney licensed to practice in the State of California, and an associate at the law firm of Warren Lex LLP, counsel for defendant HMD Global Oy. I have personal knowledge of the matters set forth in this declaration and, if called as a witness, I could and would testify competently to each of them.

2. On December 30, 2020, I served the following documents:

   Notice of Withdrawal of Opposed *Ex Parte* Application by HMD Global Oy for Clarification of This Court's Sealing Procedures;

Declaration of Matthew S. Warren in Support of Notice of Withdrawal of Opposed *Ex Parte* Application by HMD Global Oy for Clarification of this Court's Sealing Procedures

on the following counsel for respondent Acacia Research Corporation by electronically mailing them to the email addresses below:

> Jeffrey R. Bragalone
> Jonathan H. Rastegar
> Jerry D. Tice II
> Hunter S. Palmer
> Bragalone Conroy PC
> 2200 Ross Avenue
> Suite 4500W
> Dallas, Texas, 75201
> jbragalone@bcpc-law.com,
> jrastegar@bcpc-law.com
> jtice@bcpc-law.com
> hpalmer@bcpc-law.com.

I received no error or any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury that the foregoing is true and correct. Executed on December 30, 2020, in San Francisco, California.

Maissa Chouraki

– 1 –

Case No. 8:20-mc-127

PROOF OF SERVICE