Stephanie R. Wood (SBN: 242572)
*swood@bcpc-law.com*
Jeffrey R. Bragalone (*pro hac vice* application to be filed)
*jbragalone@bcpc-law.com*
**BRAGALONE CONROY PC**
2200 Ross Ave., Suite 4500W
Dallas, Texas 75201
Tel: (214) 785-6670
Fax: (214) 785-6680

Ben M. Davidson (SBN:181464)
*ben@dlgla.com*
**DAVIDSON LAW GROUP, ALC**
4500 Park Granada Blvd., Suite 202
Calabasas, California 91302
Tel: (818) 918-4622

Attorneys for Respondent
Acacia Research Corporation

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

HMD GLOBAL OY,

Movant,

vs.

ACACIA RESEARCH CORPORATION,

Respondent.

Case No. 8:20-mc-127

**ACACIA RESEARCH CORPORATION'S APPLICATION TO FILE UNDER SEAL**

**[Local Rule 79-5.2.2.(a)]**

Judge: John D. Early
Date: [TBD]
Time: [TBD]
Place: [TBD]
Discovery Cutoff: March 18, 2021
Pretrial Conference: June 29, 2021
Trial Date: August 2, 2021

Pursuant to C.D. Cal. Local Rule 79-5.2.2(a), Acacia Research Corporation ("ARC"), respondent to HMD Global Oy's ("HMD") subpoena in the instant enforcement action by and through its counsel of record, respectfully submits this Application for an Order permitting ARC to file under seal the documents listed below:

(a) Acacia Research Corporation's Memorandum of Law in Opposition to Motion by HMD Global Oy to Compel Production of Documents from Acacia Research Corporation.

(b) The Declaration of Eric Lucas in Opposition to Motion by HMD Global Oy to Compel Production of Documents from Acacia Research Corporation.; and

(c) The Declaration of Marc Booth in Opposition to Motion by HMD Global Oy to Compel Production of Documents from Acacia Research Corporation.

Enclosed with this Application are:

1. Redacted versions of the documents proposed to be filed under seal;
2. The Sealed Declaration of Eric Lucas in Support of Acacia Research Corporation's Application for Leave to File Under Seal;
3. The Sealed Declaration of Stephanie R. Wood in Support of Acacia Research Corporation's Application for Leave to File Under Seal attaching unredacted copies of (a) – (c); and
4. A Proposed Order Granting this Application.

Dated: December 31, 2020

Respectfully submitted,
/s/ *Stephanie R. Wood*
Stephanie R. Wood
California Bar No. 242572
Jeffrey R. Bragalone (*pro hac vice* to be filed)
Texas Bar No. 02855775

**BRAGALONE CONROY PC**
2200 Ross Avenue
Suite 4500W
Dallas, TX 75201
Tel: (214) 785-6670
Fax: (214) 785-6680
swood@bcpc-law.com
jbragalone@bcpc-law.com

Ben M. Davidson (SBN: 181464)
ben@dlgla.com
**DAVIDSON LAW GROUP, ALC**
4500 Park Granada Blvd., Suite 202
Calabasas, California 91302
Tel: (818) 918-4622

Attorneys for Respondent
**ACACIA RESEARCH CORPORATION**

**CERTIFICATE OF SERVICE**

I hereby certify that on December 31, 2020, I electronically filed the foregoing document using the Court's ECF system which will electronically serve the same upon all counsel of record.

By: *<u>/s/ Ben Davidson</u>*
Ben M. Davidson (SBN: 181464)