1  Stephanie R. Wood (SBN: 242572)
   *swood@bcpc-law.com*
2  Jeffrey R. Bragalone (*pro hac vice* application to be filed)
   *jbragalone@bcpc-law.com*
3  **BRAGALONE CONROY PC**
   2200 Ross Ave., Suite 4500W
   Dallas, Texas 75201
4  Tel: (214) 785-6670
   Fax: (214) 785-6680
5

6  Ben M. Davidson (SBN:181464)
   *ben@dlgla.com*
7  **DAVIDSON LAW GROUP, ALC**
   4500 Park Granada Blvd., Suite 202
   Calabasas, California 91302
8  Tel: (818) 918-4622

9  Attorneys for Respondent
   Acacia Research Corporation

10

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| HMD GLOBAL OY, | Case No. 8:20-mc-127 |
|---|---|
| Movant, | **[PROPOSED] ORDER GRANTING ACACIA RESEARCH CORPORATION'S APPLICATION TO FILE UNDER SEAL** |
| vs. | |
| ACACIA RESEARCH CORPORATION, | |
| Respondent. | Judge: John D. Early<br>Date: [TBD]<br>Time: [TBD]<br>Place: [TBD]<br>Discovery Cutoff: March 18, 2021<br>Pretrial Conference: June 29, 2021<br>Trial Date: August 2, 2021 |

1
2
3
4

The Court having considered the Application for an Order permitting Acacia Research Corporation to File under Seal and supporting declarations, finds that the application should be GRANTED. It is therefore ORDERED that ARC may file the following documents under seal:

| Document | Sealed Portions |
|---|---|
| Acacia Research Corporation's Memorandum of Law in Opposition to Motion by HMD Global Oy to Compel Production of Documents from Acacia Research Corporation | Highlighted portions |
| The Declaration of Eric Lucas in Opposition to Motion by HMD Global Oy to Compel Production of Documents from Acacia Research Corporation | Highlighted portions |
| The Declaration of Marc Booth in Opposition to Motion by HMD Global Oy to Compel Production of Documents from Acacia Research Corporation | Highlighted portions |

IT IS SO ORDERED

DATED: _____
UNITED STATES MAGISTRATE JUDGE