1  Stephanie R. Wood (SBN: 242572)
     *swood@bcpc-law.com*
2  Jeffrey R. Bragalone (*pro hac vice* application to be filed)
     *jbragalone@bcpc-law.com*
3  **BRAGALONE CONROY PC**
   2200 Ross Ave., Suite 4500W
4  Dallas, Texas 75201
   Tel: (214) 785-6670
5  Fax: (214) 785-6680

6  Ben M. Davidson (SBN:181464)
     *ben@dlgla.com*
7  **DAVIDSON LAW GROUP, ALC**
   4500 Park Granada Blvd., Suite 202
8  Calabasas, California 91302
   Tel: (818) 918-4622
9
   Attorneys for Respondent
10 Acacia Research Corporation

11            **UNITED STATES DISTRICT COURT**

12           **CENTRAL DISTRICT OF CALIFORNIA**

13              **SOUTHERN DIVISION**

14 HMD GLOBAL OY,                    Case No. 8:20-mc-127

15                 Movant,           **NOTICE OF APPEARANCE OF
                                     STEPHANIE R. WOOD FOR**
16        vs.                        **ACACIA RESEARCH
                                     CORPORATION**
17 ACACIA RESEARCH
   CORPORATION,
18
                 Respondent.
19

20 TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

21
22        PLEASE TAKE NOTICE THAT Stephanie R. Wood, an attorney for

23 Bragalone Conroy PC admitted to practice before this Court, appears as counsel for

24 Acacia Research Corporation.

25
26
27
28

Dated: January 1, 2021

Respectfully submitted,
/s/ *Stephanie R. Wood*
Stephanie R. Wood
California Bar No. 242572
Jeffrey R. Bragalone (*pro hac vice* to be filed)
Texas Bar No. 02855775

**BRAGALONE CONROY PC**
2200 Ross Avenue
Suite 4500W
Dallas, TX 75201
Tel: (214) 785-6670
Fax: (214) 785-6680
swood@bcpc-law.com
jbragalone@bcpc-law.com

Ben M. Davidson (SBN: 181464)
ben@dlgla.com
**DAVIDSON LAW GROUP, ALC**
4500 Park Granada Blvd., Suite 202
Calabasas, California 91302
Tel: (818) 918-4622

Attorneys for Respondent
**ACACIA RESEARCH CORPORATION**

---

1

NOTICE OF APPEARANCE OF STEPHANIE R. WOOD FOR
ACACIA RESEARCH CORPORATION

8:20-cv-00702-JVS-ADS