Stephanie R. Wood (SBN: 242572)
   *swood@bcpc-law.com*
Jeffrey R. Bragalone (*pro hac vice* application to be filed)
   *jbragalone@bcpc-law.com*
**BRAGALONE CONROY PC**
2200 Ross Ave., Suite 4500W
Dallas, Texas 75201
Tel: (214) 785-6670
Fax: (214) 785-6680

Ben M. Davidson (SBN: 181464)
   *Ben@dlgla.com*
**DAVIDSON LAW GROUP, ALC**
4500 Park Granada Blvd., Suite 202
Calabasas, California 91302
Tel: (818) 918-4622

Attorneys for Respondent
Acacia Research Corporation

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION**

| | |
|---|---|
| ACACIA RESEARCH CORPORATION,<br><br>        Movant,<br><br>vs.<br><br>HMD GLOBAL OY,<br><br>        Respondent. | Case No. 8:20-mc-127<br><br>**NOTICE OF MOTION AND MOTION BY ACACIA RESEARCH CORPORATION TO TRANSFER HMD GLOBAL OY'S MOTION TO COMPEL UNDER RULE 45(F)**<br><br>Judge: John D. Early<br>Date: [TBD]<br>Time: [TBD]<br>Place: [TBD]<br>Discovery Cutoff: March 18, 2021<br>Pretrial Conference: June 29, 2021<br>Trial Date: August 2, 2021 |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

    PLEASE TAKE NOTICE that at a date, time, and courtroom to be determined by the Court, Acacia Research Corporation ("ARC"), respondent in *HMD Global Oy v. Acacia Research Corporation*, Case No. 20-127 (C.D. Cal), will and hereby does move this Court to transfer HMD Global Oy's ("HMD") Motion to Compel Production of Documents From Acacia Research Corporation from the Central District of California to the Eastern District of Texas.

This Motion is based on this Notice of Motion and Motion, the concurrently filed Memorandum of Law in support of this Motion, the pleadings and papers on file in this matter and in *Cellular Communications Equipment LLC v. HMD Global Oy*, Case No. 20-78 (E.D. Texas), any matters of which the Court may take judicial notice, and evidence or argument that HMD global may present at or before the hearing on this matter.

Prior to filing its Motion to Compel Production, HMD proposed filing a joint stipulation on the issue. While the joint stipulation was pending, ARC discussed with HMD its desire to transfer any motions to compel to the Eastern District of Texas. HMD's response was that, although it did not agree with the transfer, that ARC should file a motion to transfer contemporaneously with its response portion of the prior proposed join stipulation regarding HMD's motion to compel.

Dated: January 1, 2021                                  Respectfully submitted,

                                                        /s/ *Stephanie R. Wood*
                                                        Stephanie R. Wood
                                                        California Bar No. 242572
                                                        Jeffrey R. Bragalone (*pro hac vice* pending)
                                                        Texas Bar No. 02855775

                                                        **BRAGALONE CONROY PC**
                                                        2200 Ross Avenue
                                                        Suite 4500W
                                                        Dallas, TX 75201
                                                        Tel: (214) 785-6670
                                                        Fax: (214) 785-6680
                                                        swood@bcpc-law.com
                                                        jbragalone@bcpc-law.com

                                                        Ben M. Davidson
                                                        California Bar No. 181464
                                                        **DAVIDSON LAW GROUP, ALC**
                                                        4500 Park Granada Blvd., Suite 202

Calabasas, California 91302
Tel: (818) 918-4622
Ben@dlgla.com

Attorneys for Respondent
**ACACIA RESEARCH CORPORATION**

2
NOTICE OF MOTION AND MOTION TO TRANSFER UNDER RULE 45(F)