Stephanie R. Wood (SBN: 242572)
  *swood@bcpc-law.com*
Jeffrey R. Bragalone (*pro hac vice* application to be filed)
  *jbragalone@bcpc-law.com*
**BRAGALONE CONROY PC**
2200 Ross Ave., Suite 4500W
Dallas, Texas 75201
Tel: (214) 785-6670
Fax: (214) 785-6680

Ben M. Davidson (SBN: 181464)
  *Ben@dlgla.com*
**DAVIDSON LAW GROUP, ALC**
4500 Park Granada Blvd., Suite 202
Calabasas, California 91302
Tel: (818) 918-4622

Attorneys for Respondent
Acacia Research Corporation

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION**

| | |
|---|---|
| ACACIA RESEARCH CORPORATION,<br><br>　　　　Movant,<br><br>　vs.<br><br>HMD GLOBAL OY,<br><br>　　　　Respondent. | Case No. 8:20-mc-127<br><br>**[PROPOSED] ORDER ON MOTION BY ACACIA RESEARCH CORPORATION TO TRANSFER HMD GLOBAL OY'S MOTION TO COMPEL UNDER RULE 45(F)**<br><br>Judge: John D. Early<br>Date: [TBD]<br>Time: [TBD]<br>Place: [TBD]<br>Discovery Cutoff: March 18, 2021<br>Pretrial Conference: June 29, 2021<br>Trial Date: August 2, 2021 |

PROPOSED ORDER ON MOTION AND MOTION TO TRANSFER UNDER
RULE 45(F)

This Matter comes before this Court on the Motion by Acacia Research Corporation to Transfer HMD Global Oy's Motion to Compel Under Rule 45(f). The Court has reviewed the motion and accompanying memoranda and exhibits, as well as other papers filed in this matter, and any further argument, and finds good cause to **GRANT** the motion.

Accordingly, the Clerk of the Court is directed to transfer to the Eastern District of Texas, for inclusion in the matter of *Cellular Communications Equipment LLC v. HMD Global Oy*, Case No. 20-78 (E.D. Texas) and for determination by that Court, HMD Global Oy's Motion to Compel Production of Documents.

Dated: _____     _____
                              UNITED STATES DISTRICT JUDGE