Stephanie R. Wood (SBN: 242572)
  *swood@bcpc-law.com*
Jeffrey R. Bragalone (*pro hac vice* application to be filed)
  *jbragalone@bcpc-law.com*
**BRAGALONE CONROY PC**
2200 Ross Ave., Suite 4500W
Dallas, Texas 75201
Tel: (214) 785-6670
Fax: (214) 785-6680

Ben M. Davidson (SBN:181464)
  *ben@dlgla.com*
**DAVIDSON LAW GROUP, ALC**
4500 Park Granada Blvd., Suite 202
Calabasas, California 91302
Tel: (818) 918-4622

Attorneys for Respondent
Acacia Research Corporation

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SOUTHERN DIVISION

| | |
|---|---|
| HMD GLOBAL OY,<br><br>                Movant,<br><br>vs.<br><br>ACACIA RESEARCH<br>CORPORATION,<br><br>                Respondent. | Case No. 8:20-mc-127<br><br>**ACACIA RESEARCH CORPORATION'S NOTICE OF UNOPPOSED *EX PARTE* APPLICATION FOR LEAVE TO FILE DECLARATION IN SUPPORT OF APPLICATION TO SEAL**<br><br>Judge: John D. Early<br><br>Discovery Cutoff: March 18, 2021<br>Pretrial Conference: June 29, 2021<br>Trial Date: August 2, 2021 |

1     TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

2         PLEASE TAKE NOTICE Acacia Research Corporation ("ARC"), respondent

3     to HMD Global Oy's ("HMD") subpoena in the instant enforcement action will and

4     hereby does file an *ex parte* application to file out of time its declaration in support

5     of pending Application for Leave to File Under Seal Portions of Motion and

6     supporting exhibits by HMD Global Oy filed on December 21, 2020. Dkt. No. 2.

7         This application is made pursuant to Fed. R. Civ. P. 6(b). As ARC explains in

8     more detail in the concurrently filed Memorandum of Law, ARC would be

9     irreparably prejudiced if it were not permitted the requested *ex parte* relief because it

10    needs to preserve the confidentiality of the sensitive business information of its

11    affiliate, Cellular Communications Equipment LLC ("CCE"), which HMD proffered

12    in support of its Motion to Compel.

13        ARC requires this relief on an expedited basis and brings this as an *ex parte*

14    application because the deadline for ARC to submit a declaration in support of the

15    Application for Leave to Seal expired on December 28. ARC and its affiliate CCE

16    would be irreparably prejudiced if the confidential documents and information at

17    issue, including patent license agreements and agreements with third-parties that are

18    required to be maintained confidential pursuant to contractual obligations, were

19    made available to the public.

20        ARC's need to bring this on an *ex parte* basis is a result of a dispute regarding

21    the proper interpretation of an order issued in the underlying action between CCE

22    and HMD pending in the Eastern District of Texas. Specifically, the documents at

23    issue are subject to a protective order and were previously used and filed under seal

24    by HMD in the underlying action pending in the Eastern District of Texas. Further,

25    when HMD indicated it wished to potentially use these documents in a joint filing in

26    the Central District of California, CCE provided briefing to the Eastern District of

27    Texas as to the confidentiality of these documents, and the Eastern District of Texas

28

court ordered that HMD could use the documents but ordered specific conditions to which HMD was required to adhere in order to provide these documents to this Court, including the requirement that they be filed under seal. In light of that order, it was not clear to ARC that additional steps needed to be taken to ensure that these highly confidential documents would remain under seal and not be made public.

Counsel for CCE and ARC has conferred with counsel for HMD, and HMD **does not oppose** ARC's request for the relief sought herein and memorialized this within its filing with this Court dated December 30, 2020. *See* Dkt. No. 15 at 1-2.

Dated: December 31, 2020

Respectfully submitted,
/s/ *Stephanie R. Wood*
Stephanie R. Wood
California Bar No. 242572
Jeffrey R. Bragalone (*pro hac vice* to be filed)
Texas Bar No. 02855775

**BRAGALONE CONROY PC**
2200 Ross Avenue
Suite 4500W
Dallas, TX 75201
Tel: (214) 785-6670
Fax: (214) 785-6680
swood@bcpc-law.com
jbragalone@bcpc-law.com

Ben M. Davidson (SBN: 181464)
ben@dlgla.com
**DAVIDSON LAW GROUP, ALC**
4500 Park Granada Blvd., Suite 202
Calabasas, California 91302
Tel: (818) 918-4622

Attorneys for Respondent
**ACACIA RESEARCH CORPORATION**

## <u>CERTIFICATE OF SERVICE</u>

     I hereby certify that on December 31, 2020, I electronically filed the foregoing document using the Court's ECF system which will electronically serve the same upon all counsel of record.

By: _/s/ Ben Davidson_
Ben M. Davidson (SBN: 181464)