Stephanie R. Wood (SBN: 242572)
  *swood@bcpc-law.com*
Jeffrey R. Bragalone (*pro hac vice* application to be filed)
  *jbragalone@bcpc-law.com*
**BRAGALONE CONROY PC**
2200 Ross Ave., Suite 4500W
Dallas, Texas 75201
Tel: (214) 785-6670
Fax: (214) 785-6680

Ben M. Davidson (SBN:181464)
  *ben@dlgla.com*
**DAVIDSON LAW GROUP, ALC**
4500 Park Granada Blvd., Suite 202
Calabasas, California 91302
Tel: (818) 918-4622

Attorneys for Respondent
Acacia Research Corporation

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| HMD GLOBAL OY,<br><br>        Movant,<br><br>    vs.<br><br>ACACIA RESEARCH CORPORATION,<br><br>        Respondent. | Case No. 8:20-mc-127<br><br>**[PROPOSED] ORDER GRANTING ACACIA RESEARCH CORPORATION'S UNOPPOSED *EX PARTE* APPLICATION FOR LEAVE TO FILE DECLARATION IN SUPPORT OF APPLICATION TO SEAL**<br><br>Judge: John D. Early<br><br>Discovery Cutoff: March 18, 2021<br>Pretrial Conference: June 29, 2021<br>Trial Date: August 2, 2021 |

1  This Matter comes before this Court on *Ex Parte* Application by Acacia
2  Research Corporation ("ARC") for Leave to File a Declaration in Support of the
3  pending Application for Leave to File Under Seal Portions of Motion and supporting
4  exhibits by HMD Global Oy filed on December 21, 2020. Dkt. No. 2. The Court has
5  reviewed the application and accompanying memorandum and exhibits, as well as
6  other papers filed in this matter, and any further argument, and finds good cause to
7  GRANT the Application an allow ARC to file out of time its Declaration of Eric
8  Lucas.
9  IT IS SO ORDERED

11
12  DATED: _____
        UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER GRANTING ACACIA RESEARCH CORPORATION'S UNOPPOSED *EX PARTE* APPLICATION FOR LEAVE TO FILE DECLARATION                                                                      - 2 -