Stephanie R. Wood (SBN: 242572)
  *swood@bcpc-law.com*
Jeffrey R. Bragalone (*pro hac vice* application to be filed)
  *jbragalone@bcpc-law.com*
**BRAGALONE CONROY PC**
2200 Ross Ave., Suite 4500W
Dallas, Texas 75201
Tel: (214) 785-6670
Fax: (214) 785-6680

Ben M. Davidson (SBN:181464)
  *ben@dlgla.com*
**DAVIDSON LAW GROUP, ALC**
4500 Park Granada Blvd., Suite 202
Calabasas, California 91302
Tel: (818) 918-4622

Attorneys for Respondent
Acacia Research Corporation

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| HMD GLOBAL OY, <br><br> Movant, <br><br> vs. <br><br> ACACIA RESEARCH CORPORATION, <br><br> Respondent. | Case No. 8:20-mc-127 <br><br> **RESPONDENT ACACIA RESEARCH CORPORATION'S L.R. 7.1-1 NOTICE OF INTERESTED PARTIES AND RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

Pursuant to C.D. Cal. Local Rule 7.1-1, and Fed. R. Civ. P. 7.1, the undersigned counsel of record for Acacia Research Corporation ("ARC"), certifies that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

    Acacia Research Corporation

    HMD Global Oy

ARC is a publicly traded company with no parent corporation. No publicly held corporation owns 10% or more of ARC's stock.

Dated: December 31, 2020

Respectfully submitted,
/s/ *Stephanie R. Wood*
Stephanie R. Wood
California Bar No. 242572
Jeffrey R. Bragalone (*pro hac vice* to be filed)
Texas Bar No. 02855775

**BRAGALONE CONROY PC**
2200 Ross Avenue
Suite 4500W
Dallas, TX 75201
Tel: (214) 785-6670
Fax: (214) 785-6680
swood@bcpc-law.com
jbragalone@bcpc-law.com


Ben M. Davidson (SBN: 181464)
ben@dlgla.com
**DAVIDSON LAW GROUP, ALC**
4500 Park Granada Blvd., Suite 202
Calabasas, California 91302
Tel: (818) 918-4622

| | |
|---|---|
| 1 | Attorneys for Respondent |
| 2 | **ACACIA RESEARCH CORPORATION** |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 1, 2021, I electronically filed the foregoing document using the Court's ECF system which will electronically serve the same upon all counsel of record.

> By: */s/ Ben Davidson*
> Ben M. Davidson (SBN: 181464)