# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:20-mc-00127-JLS (JDE) | Date | January 4, 2021 |
| Title | HMD Global Oy, Movant, v. Acacia Research Corporation, Respondent, | | |

Present: The Honorable   John D. Early, United States Magistrate Judge

| Maria Barr | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| n/a | n/a |

**Proceedings:**   (In Chambers) Order re Briefing on Request to Transfer [Dkt. 25]

On December 21, 2020, Movant HMD Global Oy ("Movant") filed a Motion to Compel Compliance with a Subpoena (Dkt. 1, "Motion") issued in connection with an action pending in the United States District Court for the Eastern District of Texas ("EDTx"). The Motion is set for hearing before this Court on January 21, 2021 at 10:00 a.m. Dkt. 10. The Court hereby ORDERS that if a hearing on the Motion is held, it will be conducted by telephone, with counsel for the parties to be provided call-in information at a later date.

On December 31, 2020, Respondent Acacia Research Corporation ("Respondent") filed a Memorandum in Opposition to the Motion. Dkt. 19. Under the Local Rules, Movant has until January 7, 2021 to file an optional reply in support of the Motion. See Local Rule 7-10.

Separately on December 31, 2020, Respondent filed a Motion to Transfer the Case to the EDTx. Dkt. 25 ("Request to Transfer").

The Court orders Movant to file its position with respect to the Request to Transfer by January 5, 2021. Unless the Court orders further briefing, the Request to Transfer will be deemed fully briefed as of January 5, 2021 or the filing of Movant's position thereon, whichever is earlier.

IT IS SO ORDERED.

Initials of Clerk:   mba