Stephanie R. Wood (SBN: 242572)
  *swood@bcpc-law.com*
Jeffrey R. Bragalone (*pro hac vice* application to be filed)
  *jbragalone@bcpc-law.com*
**BRAGALONE CONROY PC**
2200 Ross Ave., Suite 4500W
Dallas, Texas 75201
Tel: (214) 785-6670
Fax: (214) 785-6680

Ben M. Davidson (SBN:181464)
  *ben@dlgla.com*
**DAVIDSON LAW GROUP, ALC**
4500 Park Granada Blvd., Suite 202
Calabasas, California 91302
Tel: (818) 918-4622

Attorneys for Respondent
Acacia Research Corporation

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| HMD GLOBAL OY,<br><br>                Movant,<br><br>   vs.<br><br>ACACIA RESEARCH CORPORATION,<br><br>                Respondent. | Case No. 8:20-mc-127<br><br>**UNOPPOSED *EX PARTE* APPLICATION OF ACACIA RESEARCH CORPORATION TO REMOVE INCORRECTLY FILED DOCUMENT: DOCKET NO. 17**<br><br>Magistrate Judge John D. Early |

ACACIA RESEARCH CORPORATION'S APPLICATION TO REMOVE INCORRECTLY FILED DOCUMENT
- 1 -

Pursuant to the Court's Order dated December 31, 2020 [dkt. 18] and Local Rule 79-5.2.2(b), Respondent Acacia Research Corporation ("ARC") files this application to remove from the public record the Declaration of Eric Lucas in Support of HMD Global Oy's Application For Leave To File Documents Under Seal [dkt. 17] in Case No. 8:20-mc-127.

The declaration [dkt. 17] was inadvertently filed publicly by ARC. It relates to confidential documents of ARC that HMD Global Oy is seeking to have filed under seal in HMD Global Oy's Application For Leave To File Under Seal Portions Of Motion By Global Oy To Compel Production Of Documents From Acacia Research Corporation And Supporting Documents ("HMD Global's Application") [dkt. 2]. The declaration should have been filed using the "Under Seal Filing Events" menu in the ECF system, pursuant to Local Rule 79-5.2.2(b).

The Court's Deputy Clerk and ECF Help Desk have already been contacted, and the Deputy Clerk In Charge promptly locked the declaration [dkt. 17]. The Court Ordered the Declaration sealed from public view until 5:00 p.m. on Tuesday, January 5, 2021 and further ordered counsel to file a proper sealing application and proposed order prior to this deadline. Counsel for Movant, HMD Global Oy does not oppose this application.

ARC refiled the Lucas Declaration under seal on December 31, 2020 [*see* dkt. 26] in support of HMD Global's Application.

ARC also enclosed with this Application:

1. Proposed Order granting this Application to remove Dkt. 17 from the public record.
2. Redacted version of Lucas Declaration.
3. Under Seal Declaration of Ben M. Davidson In Support of this Application enclosing unredacted version of the Lucas Declaration.

ARC will also email the Proposed Order pursuant to Local Rule 5-4.4.2.

Dated: January 5, 2021                     Respectfully submitted,

/s/ *Ben M. Davidson*

Ben M. Davidson (SBN: 181464)
ben@dlgla.com
**DAVIDSON LAW GROUP, ALC**
4500 Park Granada Blvd., Suite 202
Calabasas, California 91302
Tel: (818) 918-4622

Attorneys for Respondent
**ACACIA RESEARCH CORPORATION**