Stephanie R. Wood (SBN: 242572)
  *swood@bcpc-law.com*
Jeffrey R. Bragalone (*pro hac vice* application to be filed)
  *jbragalone@bcpc-law.com*
**BRAGALONE CONROY PC**
2200 Ross Ave., Suite 4500W
Dallas, Texas 75201
Tel: (214) 785-6670
Fax: (214) 785-6680

Ben M. Davidson (SBN:181464)
  *ben@dlgla.com*
**DAVIDSON LAW GROUP, ALC**
4500 Park Granada Blvd., Suite 202
Calabasas, California 91302
Tel: (818) 918-4622

Attorneys for Respondent
Acacia Research Corporation

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| HMD GLOBAL OY,<br><br>  Movant,<br><br>  vs.<br><br>ACACIA RESEARCH CORPORATION,<br><br>  Respondent. | Case No. 8:20-mc-127<br><br>**[PROPOSED] ORDER GRANTING ACACIA RESEARCH CORPORATION'S APPLICATION TO REMOVE INCORRECTLY FILED DOCUMENT: DOCKET NO. 17**<br><br>Magistrate Judge John D. Early |

1  The Court has considered the Application and supporting documents for an
2  Order permitting Acacia Research Corporation to remove from the public record the
3  Declaration of Eric Lucas in Support of HMD Global Oy's Application For Leave To
4  File Documents Under Seal [dkt. 17] in Case No. 8:20-mc-127.

5  The Court finds that the application should be GRANTED. It is therefore
6  ORDERED that dkt. 17 is removed from the ECF system.  The Court also finds that
7  the copy of the Lucas Declaration filed as dkt. 26, in support of HMD Global Oy's *ex*
8  *parte* application to file Acacia Research Corporation's documents under seal, may
9  remain under seal.

11  IT IS SO ORDERED

13  DATED:
14  _____
     UNITED STATES MAGISTRATE JUDGE