Matthew S. Warren (Bar No. 230565)
Jennifer A. Kash (Bar No. 203679)
Maissa Chouraki (Bar No. 307711)
WARREN LEX LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
20-127@cases.warrenlex.com

*Attorneys for HMD Global Oy*

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| HMD GLOBAL OY,<br><br>　　Movant<br><br>v.<br><br>ACACIA RESEARCH CORPORATION<br><br>　　Respondent. | Case No. 8:20-mc-127 JLS (JDEx)<br><br>**DECLARATION OF MAISSA CHOURAKI IN SUPPORT OF REPLY IN SUPPORT OF MOTION BY HMD GLOBAL OY TO COMPEL PRODUCTION OF DOCUMENTS FROM ACACIA RESEARCH CORPORATION**<br><br>Judge: John D. Early<br>Date: January 21, 2021<br>Time: 10:00 a.m. PST<br>Place: Telephonic Hearing<br>Discovery Cutoff: March 18, 2021<br>Pretrial Conference: June 29, 2021<br>Trial Date: August 2, 2021 |

I, Maissa Chouraki, hereby declare under 28 U.S.C. § 1746:

1. I am an attorney licensed to practice in the State of California and this Court, and an associate at the law firm of Warren Lex LLP, counsel for movant HMD Global Oy. I have personal knowledge of the matters set forth in this declaration and, if called as a witness, I could and would testify competently to each of them.

2. Attached hereto as Exhibit A is an excerpt of a document produced by Cellular Communications Equipment ("CCE"). The original document bears production numbers CCE_HMD_004805 through CCE_HMD_004923, and is 119 pages long. To avoid presenting needless pages to the Court, HMD Global includes in this Exhibit pages CCE_HMD_004813, CCE_HMD_004867 through CCE_HMD_004874 and CCE_HMD_004877.

3. Attached hereto as Exhibit B is an excerpt of a document produced by CCE. The original document bears production numbers CCE_HMD_004924 through CCE_HMD_005271, and is 348 pages long. To avoid presenting needless pages to the Court, HMD Global includes in this Exhibit pages CCE_HMD_004924, CCE_HMD_004938 through CCE_HMD_004940 and CCE_HMD_004946 through CCE_HMD_004955.

4. Attached hereto as Exhibit C is an excerpt of a document produced by CCE. The original document bears production numbers CCE_HMD_002290 through CCE_HD_002522, and is 233 pages long. To avoid presenting needless pages to the Court, HMD Global includes in this Exhibit pages CCE_HMD_2293.

5. Attached hereto as Exhibit D is an excerpt of a document produced by CCE. The original document bears production numbers CCE_HMD_002526 through CCE_HMD_002556, and is 31 pages long. To avoid presenting needless pages to the Court, HMD Global includes in this Exhibit pages CCE_HMD_2526 through CCE_HMD_002532.

6. Attached hereto as Exhibit E is an excerpt of a document produced by CCE. The original document bears production numbers CCE_HMD_001714 through 1850, and

1 is 137 pages long.  To avoid presenting needless pages to the Court, HMD Global includes in this Exhibit pages CCE_HMD_001714, CCE_HMD_001719 through CCE_HMD_001720, CCE_HMD_001723 through CCE_HMD_001275, and CCE_HMD_001850.

7. Attached hereto as Exhibit F is an excerpt of a document produced by CCE. The original document bears production numbers CCE_HMD_002221 through CCE_HMD_002259, and is 39 pages long.  To avoid presenting needless pages to the Court, HMD Global includes in this Exhibit pages CCE_HMD_002221, CCE_HMD_002235 through CCE_HMD_002237, CCE_HMD_002243 through CCE_HMD_00224.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on January 5, 2021, in San Francisco, California.

_____
Maissa Chouraki