# Exhibit C

(Entire document proposed to be filed under seal)