1  Matthew S. Warren (Bar No. 230565)
2  Jennifer A. Kash (Bar No. 203679)
3  Maissa Chouraki (Bar No. 307711)
   WARREN LEX LLP
4  2261 Market Street, No. 606
   San Francisco, California, 94114
5  +1 (415) 895-2940
6  +1 (415) 895-2964 facsimile
7  20-127@cases.warrenlex.com

8  *Attorneys for HMD Global Oy*

9

10              UNITED STATES DISTRICT COURT

11           FOR THE CENTRAL DISTRICT OF CALIFORNIA

12                    SOUTHERN DIVISION

13  _____

14  HMD GLOBAL OY,                    )  Case No. 8:20-mc-127 JLS (JDEx)
                                      )
15      Movant,                       )  **REPLY IN SUPPORT OF MOTION BY**
                                      )  **HMD GLOBAL OY TO COMPEL**
16  v.                                )  **PRODUCTION OF DOCUMENTS**
                                      )  **FROM ACACIA RESEARCH**
17  ACACIA RESEARCH CORPORATION,      )  **CORPORATION**
                                      )
18      Respondent.                   )  Judge: John D. Early
                                      )  Date: January 21, 2021
19                                    )  Time: 10:00 a.m. PST
                                      )  Place: Telephonic Hearing
20                                    )  Discovery Cutoff: March 18, 2021
                                      )  Pretrial Conference: June 29, 2021
21  _____  )  Discovery Cutoff: March 18, 2021
                                         Trial Date: August 2, 2021

22

23  [HMD Global does not at this time file a public redacted version of this document, but will

24  do so promptly after ARC files its sealing declaration under Local Rule 79-5.2.2(b)(i),

25  which must include "a copy of the relevant material with proposed redactions highlighted."

26  *Id*. Once ARC does so, HMD Global will file a public version under this Court's Local

27  Rule 79-5.2.2(a)(iii), using ARC's proposed redactions under Local Rule 79-5.2.2(b)(i).

28  *See* Chouraki Declaration in Support of Application for Leave to File Under Seal ¶ 3.]