Matthew S. Warren (Bar No. 230565)
Jennifer A. Kash (Bar No. 203679)
Maissa Chouraki (Bar No. 307711)
WARREN LEX LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
20-127@cases.warrenlex.com

*Attorneys for HMD Global Oy*

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| HMD GLOBAL OY,<br><br>  Movant<br><br>v.<br><br>ACACIA RESEARCH CORPORATION<br><br>  Respondent. | Case No.  8:20-mc-127 JLS (JDEx)<br><br>**[PROPOSED] ORDER GRANTING APPLICATION FOR LEAVE TO FILE UNDER SEAL BY HMD GLOBAL OY REGARDING REPLY IN SUPPORT OF MOTION BY HMD GLOBAL OY TO COMPEL PRODUCTION OF DOCUMENTS FROM ACACIA RESEARCH CORPORATION**<br><br>Judge:  John D. Early<br>Date:  January 21, 2021<br>Time: 10:00 a.m. PST<br>Place:  Telephonic Hearing<br>Discovery Cutoff:  March 18, 2021<br>Pretrial Conference:  June 29, 2021<br>Trial Date:  August 2, 2021 |

The Court, having considered the Application to File Under Seal of HMD Global and supporting declarations, finds that the application should be GRANTED. It is therefore ORDERED that HMD Global may file the following documents under seal:

| Document | Sealed Portions |
|---|---|
| Reply in Support of Motion by HMD Global Oy to Compel Production of Documents from Acacia Research Corporation | Entirety |
| Exhibit A to the Declaration of Maissa Chouraki in Support of Reply in Support of Motion by HMD Global Oy to Compel Production of Documents from Acacia Research Corporation ("Chouraki Declaration") | Entirety |
| Exhibit B to the Chouraki Declaration | Entirety |
| Exhibit C to the Chouraki Declaration | Entirety |
| Exhibit D to the Chouraki Declaration | Entirety |
| Exhibit E to the Chouraki Declaration | Entirety |
| Exhibit F to the Chouraki Declaration | Entirety |

**IT IS SO ORDERED.**

Dated:

_____
United States District Judge