Matthew S. Warren (Bar No. 230565)
Jennifer A. Kash (Bar No. 203679)
Maissa Chouraki (Bar No. 307711)
WARREN LEX LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
20-127@cases.warrenlex.com

*Attorneys for HMD Global Oy*

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| HMD GLOBAL OY,<br><br>    Movant,<br><br>v.<br><br>ACACIA RESEARCH CORPORATION<br><br>Respondent | Case No. 8:20-mc-127 JLS (JDEx)<br>**PROOF OF SERVICE**<br><br>Judge:  John D. Early<br>Date:  January 21, 2021<br>Time:  10:00 a.m. PST<br>Place:  Telephonic Hearing<br>Discovery Cutoff:  March 18, 2021<br>Pretrial-Conference Date:  June 29, 2021<br>Trial Date:  August 2, 2021 |

I, Maissa Chouraki, hereby declare under 28 U.S.C. § 1746:

    1.    I am an attorney licensed to practice in the State of California, and an associate at the law firm of Warren Lex LLP, counsel for defendant HMD Global Oy.  I have personal knowledge of the matters set forth in this declaration and, if called as a witness, I could and would testify competently to each of them.

    2.    On January 5, 2021, I served the following documents:

    Reply in Support of Motion to Compel Production of Documents by Acacia Research Corporation;

Exhibits A-F in Support of Reply in Support of Motion to Compel Production of Documents by Acacia Research Corporation; and

Declaration of Maissa Chourakin in Support of Application for Leave to File Under Seal Regarding Reply in Support of Motion by HMD Global Oy to Compel Production of Documents from Acacia Research Corporation and Supporting Documents

on the following counsel for respondent Acacia Research Corporation by electronically mailing them to the email addresses below:

> Jeffrey R. Bragalone
> Jonathan H. Rastegar
> Jerry D. Tice II
> Hunter S. Palmer
> Bragalone Conroy PC
> 2200 Ross Avenue
> Suite 4500W
> Dallas, Texas, 75201
> cce-service@bcpc-law.com.

> Ben. M. Davidson
> Davidson Law Group, ALC
> 4500 Park Granada Blvd., Suite 202
> Calabasas, California 91302
> ben@dlgla.com

I received no error or any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury that the foregoing is true and correct. Executed on January 5, 2021, in San Francisco, California.

_____
Maissa Chouraki