# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HMD Global OY | **CASE NUMBER** |
| Plaintiff(s) | 8:20-mc-00127-JLS-JDE |
| v. | |
| Acacia Research Corporation | **ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |
| Defendant(s). | |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Bragalone, Jeffrey R.                                of

*Applicant's Name (Last Name, First Name & Middle Initial*

(214) 785-6670                (214) 785-6680

*Telephone Number            Fax Number*

jbragalone@bcpc-law.com

*E-Mail Address*

Bragalone Conroy PC
2200 Ross Avenue, Suite 4500W
Dallas, TX 75201

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Acacia Research Corporation

*Name(s) of Party(ies) Represent*          ☐ *Plaintiff(s)* ☐ *Defendant(s)* ☒ Other:        Respondent

**and designating as Local Counsel**

Davidson, Ben M                                of

*Designee's Name (Last Name, First Name & Middle Initial*

181464                (818) 918-4622        (310) 473-2941

*Designee's Cal. Bar No.    Telephone Number    Fax Number*

ben@dlgla.com

*E-Mail Address*

Davidson Law Group, ALC
4500 Park Granada Boulevard, Suite 202
Calabasas, CA 91302

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED

☐ DENIED:        ☐ for failure to pay the required fee.

☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.

☐ for failure to complete Application: _____

☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.

☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.

☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

**Dated: January 8, 2021**

JOSEPHINE L. STATON

**U.S. District Judge**