Matthew S. Warren (Bar No. 230565)
Jennifer A. Kash (Bar No. 203679)
Maissa Chouraki (Bar No. 307711)
WARREN LEX LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
20-127@cases.warrenlex.com

*Attorneys for HMD Global Oy*

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| HMD GLOBAL OY,<br><br>    Movant,<br><br>v.<br><br>ACACIA RESEARCH CORPORATION,<br><br>    Respondent. | Case No. 8:20-mc-00127 JLS (JDEx)<br><br>**CHOURAKI DECLARATION IN SUPPORT OF NOTICE OF SUBSEQUENT AUTHORITY REGARDING MOTION BY HMD TO COMPEL PRODUCTION OF DOCUMENTS FROM ACACIA RESEARCH CORPORATION**<br><br>Judge: John D. Early<br>Date: January 21, 2021<br>Time: 10:00 a.m. PST<br>Place: Telephonic Hearing<br>Discovery Cutoff: March 18, 2021<br>Pretrial Conference: June 29, 2021<br>Trial Date: August 2, 2021 |

I, Maissa Chouraki, hereby declare under 28 U.S.C. § 1746:

   1.   I am an attorney licensed to practice in the State of California and this Court, and an associate at the law firm of Warren Lex LLP, counsel for movant HMD Global Oy. I have personal knowledge of the matters set forth in this declaration and, if called as a witness, I could and would testify competently to each of them.

2. Attached hereto as Exhibit A is a true and correct copy of Plaintiff's Notice of Subpoena Ad Testificandum and Subpoena Duces Tecum to SGS North America, Inc., which Cellular Communications Equipment LLC ("CCE") served on HMD Global on January 13, 2021.

3. Attached hereto as Exhibit B is a true and correct copy of Plaintiff's Notice of Subpoena Ad Testificandum and Subpoena Duces Tecum to UL Verification Services, Inc., which CCE served on HMD Global on January 13, 2021.

4. Attached hereto as Exhibit C is a true and correct copy of Plaintiff's Notice of Subpoena Ad Testificandum and Subpoena Duces Tecum to Umlaut Communications, Inc., which CCE served on HMD Global on January 13, 2021.

5. Attached hereto as Exhibit D is a true and correct copy of Plaintiff's Notice of Subpoena Ad Testificandum and Subpoena Duces Tecum to Intertek Group PLC, which CCE served on HMD Global on January 13, 2021.

6. Attached hereto as Exhibit E is a true and correct copy of Plaintiff's Notice of Subpoena Ad Testificandum and Subpoena Duces Tecum to Tech Mahindra (Americas) Inc., which CCE served on HMD Global on January 13, 2021.

I declare under penalty of perjury that the foregoing is true and correct. Executed on January 19, 2021, in San Francisco, California.

_____
Maissa Chouraki