UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:20-mc-00127-JLS (JDE) | Date | January 21, 2021 |
|---|---|---|---|
| Title | HMD Global Oy, Movant, v. Acacia Research Corporation, Respondent, | | |

| Present: The Honorable | John D. Early, United States Magistrate Judge |
|---|---|

| Maria Barr | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| n/a | n/a |

**Proceedings:**   (In Chambers) Order re Sealing Request and Motions to Strike [Dkt. 2, 22, 27, 31, 34, 44]

On December 21, 2020, Movant HMD Global Oy ("Movant") filed a Motion to Compel Compliance with a Subpoena with an attached Memorandum (Dkt. 1, 1-1, "Motion") directed to Respondent Acacia Research Corporation ("Respondent") issued in connection with an action pending in the United States District Court for the Eastern District of Texas ("EDTX") with supporting evidence (Dkt. 1-2 to 1-39). On December 31, 2020, Respondent filed a Memorandum in Opposition to the Motion (Dkt. 19), a Motion to Transfer the Action to the EDTX with an attached Memorandum (Dkt. 25, 25-1, "Transfer Request"), and supporting evidence (Dkt. 20, 21). On January 5, 2021, Movant filed a Reply in support of the Motion (Dkt. 33) with supporting evidence (Dkt. 33-1 to 33-7) and an Opposition to the Transfer Request (Dkt. 36). Separately, on January 20, 2021, Respondent filed a motion to strike a supplement filed by Movant the day before, Dkt. 43. See Dkt. 44.

The parties have filed various requests to seal several documents, with supporting or opposing evidence, and proposed documents for filing, as well as amendments to such requests. See, e.g. Dkt. 2, 2-1 to 2-26, 3, 3-1 to 3-25, 17, 22, 22-2 to 22-4, 24, 24-1 to 24-4, 26, 27, 27-1, 30, 32, 34, 34-1 to 34-7, 35, 35-1 to 35-7, 40, 41. The Court, finding good cause has been shown, ORDERS that all requests to file documents under seal (Dkt. 2, 22, 27, 34) are GRANTED and the parties shall file such documents as directed by the Local Rules.

The Court previously directed that Dkt. 17 was to be temporarily sealed. See Dkt. 18. The Court finds good cause to continue the sealing of Dkt. 17 but not for its removal from the docket. As a result, Dkt. 31 DENIED.

Lastly, although Movant's supplement, Dkt. 43, was not authorized to be filed under the Local Rules, the Court exercises its discretion to consider it. As a result, Respondent's motion to strike, Dkt. 44, is DENIED.

IT IS SO ORDERED.