# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 2:20-mc-00127-JLS (JDEx) | Date | January 21, 2021 |
| Title | HMD Global Oy, Movant, v. Acacia Research Corporation, Respondent, | | |

Present: The Honorable  John D. Early, United States Magistrate Judge

| Maria Barr | CS 01/21/21 |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| Matthew S. Warren | Jeffrey R. Bragalone |
| Maissa Chouraki | Stephanie Renee Wood |

**Proceedings:**   Hearing re Motion re Subpoena [1] and Motion to Transfer [25]

     Case called. Counsel state appearances. The Court states its tentative ruling regarding the Motion to Transfer [Dkt. 25] and hears argument focusing on the Motion to Transfer [Dkt. 25]. Following argument, the Motions [Dkt. 1, 25] stand submitted. No further briefing is authorized without prior order of the Court.

                                                                                                                           : 15

Initials of Clerk:   mba