Matthew S. Warren (Bar No. 230565)
Jennifer A. Kash (Bar No. 203679)
Maissa Chouraki (Bar No. 307711)
WARREN LEX LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
20-127@cases.warrenlex.com

*Attorneys for HMD Global Oy*

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

|  |  |
|---|---|
| HMD GLOBAL OY,<br><br>   Movant,<br><br>v.<br><br>ACACIA RESEARCH CORPORATION<br><br>Respondent | Case No. 8:20-mc-00127 JLS (JDEx)<br>**PROOF OF SERVICE**<br>Judge: John D. Early<br>Date: January 21, 2021<br>Time: 10:00 a.m. PST<br>Place: Telephonic Hearing<br>Discovery Cutoff: March 18, 2021<br>Pretrial-Conference Date: June 29, 2021<br>Trial Date: August 2, 2021 |

I, Maissa Chouraki, hereby declare under 28 U.S.C. § 1746:

   1.   I am an attorney licensed to practice in the State of California, and an associate at the law firm of Warren Lex LLP, counsel for defendant HMD Global Oy. I have personal knowledge of the matters set forth in this declaration and, if called as a witness, I could and would testify competently to each of them.

   2.   On January 22, 2021, I served the following documents:

   Memorandum of Law in Support of Motion by HMD Global Oy to Compel Production of Documents from Acacia Research Corporation and supporting exhibits; and

Reply in Support of Motion by HMD Global Oy to Compel Production of Documents from Acacia Research Corporation and supporting exhibits.

on the following counsel for respondent Acacia Research Corporation by electronically mailing them to the email addresses below:

Jeffrey R. Bragalone
Stephanie R. Wood
Bragalone Conroy PC
2200 Ross Avenue
Suite 4500W
Dallas, Texas, 75201
jbragalone@bcpc-law.com
swood@bcpc-law.com

Ben. M. Davidson
Craig S. Hubble
Davidson Law Group, ALC
4500 Park Granada Blvd., Suite 202
Calabasas, California 91302
ben@dlgla.com
craig@dlgla.com

I received no error or any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury that the foregoing is true and correct. Executed on January 22, 2021, in San Francisco, California.

Maissa Chouraki